**THOMPSON COBURN LLP**
**JOHN L. VIOLA, CSB 131407**
jviola@thompsoncoburn.com
**CARA A. STRIKE, CSB 344467**
cstrike@thompsoncoburn.com
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

**THOMPSON COBURN LLP**
**CHARLES M. POPLSTEIN (*pro hac vice*)**
cpoplstein@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6095 / Fax: 314.552.7095

Attorneys for Defendant
STILA STYLES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEDINA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STILA STYLES, LLC, a Delaware limited liability company; MARIANO TESTA, an individual; and Does 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-06340-FLA-RAO<br><br>**DEFENDANT STILA STYLES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts; Declarations of Charles M. Poplstein, and Cara A. Strike, Exhibits, and [Proposed] Order Granting Motion for Summary Judgment], and [Proposed] Judgment]*<br><br>Date: September 19, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 9B |

/ / /

/ / /

/ / /

8219858

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 19, 2025, at 1:30 p.m. in Courtroom 9B of the above-titled Court, located at 411 W. Fourth Street, Santa Ana, California, 92701, Defendant STILA STYLES, LLC ("Defendant") will and hereby does move for summary judgment, or alternatively, partial summary judgment (the "Motion") on each and every claim in Plaintiff Daniel Medina's ("Plaintiff") Complaint in its entirety. This motion is made on the grounds described below and on the grounds that Plaintiff has failed to raise a triable issue of material fact, and Defendant is entitled to judgment as a matter of law.

Alternatively, if for any reason summary judgment is not granted, Defendant hereby moves for an order summarily adjudicating the following matters in their favor:

**Issue One:** Plaintiff's first cause of action for harassment on the basis of sex and/or gender in violation of the California Fair Employment and Housing Act ("FEHA") fails as a matter of law on the undisputed material facts because Plaintiff cannot establish severe or pervasive conduct that rises to the level of actionable harassment.

**Issue Two:** Plaintiff's second cause of action for discrimination on the basis of sex and/or gender in violation of the FEHA fails as a matter of law on the undisputed facts because Plaintiff cannot make a *prima facie* case of discrimination

**Issue Three:** Plaintiff's second cause of action for discrimination on the basis of sex and/or gender in violation of the FEHA fails as a matter of law on the undisputed facts because Defendant has a legitimate, non-discriminatory reason for Plaintiff's termination from employment, and there is no evidence that the legitimate reason was a pretext for gender or sex discrimination.

**Issue Four:** Plaintiff's third cause of action for whistleblower retaliation under Labor Code § 1102.5 fails as a matter of law on the undisputed facts because

8219858

2

DEFENDANT STILA STYLES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

Defendant had a legitimate, non-retaliatory reason for Plaintiff's termination from employment.

**Issue Five:** Plaintiff's fourth cause of action for failure to prevent discrimination fails as a matter of law on the undisputed facts because Plaintiff cannot establish that any unlawful discrimination occurred.

**Issue Six:** Plaintiff's fourth cause of action for failure to prevent harassment fails as a matter of law on the undisputed facts because Plaintiff cannot establish that any unlawful harassment occurred.

**Issue Seven:** Plaintiff's fifth cause of action for wrongful termination in violation of public policy fails as a matter of law on the undisputed facts because Plaintiff's claims for harassment because of sex and/or gender, sex and/or gender based discrimination, and Labor Code § 1102.5 whistleblower retaliation upon which this claim is based are not actionable, so he has failed to establish a public policy that Defendant violated.

**Issue Eight:** Plaintiff's sixth cause of action for intentional infliction of emotional distress fails as a matter of law on the undisputed facts because Plaintiff cannot show that Defendant engaged in extreme and outrageous conduct with the intention of causing, or reckless disregard for the probability of causing, emotional distress.

This Motion is based upon this Notice of Motion and Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment, the attached Memorandum of Points and Authorities, the concurrently filed Separate Statement of Uncontroverted Facts, the Declarations of Charles M. Poplstein and Cara A. Strike, and the exhibits thereto, all pleadings, records, and other documents on file with the Court in this action, and any arguments made at the hearing of this Motion.

/ / /

/ / /

/ / /

8219858

3

DEFENDANT STILA STYLES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 8, and August 14, 2025 via telephonic conference.

DATED: August 15, 2025            **THOMPSON COBURN LLP**

By: *Cara Strike*

**JOHN L. VIOLA**
**CARA A. STRIKE**
**CHARLES M. POPLSTEIN** *(pro hac vice)*
Attorneys for Defendant
STILA STYLES, LLC

8219858

4

DEFENDANT STILA STYLES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067.

On August 15, 2025, I served true copies of the following document(s) described as **DEFENDANT STILA STYLES, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Ranojoy Guha<br>EMPLOYEE CIVIL RIGHTS GROUP<br>3415 S. Sepulveda Boulevard, Suite 1100<br>Los Angeles, CA 90034<br>(310) 598-1524<br>raj@employeecivilrightsgroup.com<br>raj@guhalaw.com<br>alexa@employeecivilrightsgroup.com | Attorneys for Plaintiff DANIEL MEDINA |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2025, at Los Angeles, California.

*/s/ Catherine C. Mamayson*
Catherine C. Mamayson

8219858