THOMPSON COBURN LLP
JOHN L. VIOLA, CSB 131407
jviola@thompsoncoburn.com
CARA A. STRIKE, CSB 344467
cstrike@thompsoncoburn.com
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

THOMPSON COBURN LLP
CHARLES M. POPLSTEIN (*pro hac vice*)
cpoplstein@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6095 / Fax: 314.552.7095

Attorneys for Defendant
STILA STYLES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEDINA, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>STILA STYLES, LLC, a Delaware limited liability company; MARIANO TESTA, an individual; and Does 1-25, inclusive,<br><br>   Defendants. | CASE NO. 2:24-cv-06340-FLA-RAO<br><br>**DECLARATION OF CARA A. STRIKE IN SUPPORT OF DEFENDANT STILA STYLES, LLC'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Date:    September 19, 2025<br>Time:   1:30 p.m.<br>Place:   Courtroom 9B |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8229695

1

DECLARATION OF CARA A. STRIKE

## DECLARATION OF CARA A. STRIKE

I, Cara A. Strike, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney of Thompson Coburn LLP, attorney of record for Defendant STILA STYLES, LLC ("Defendant"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant's Motion for Summary Judgment or alternatively, Partial Summary Judgment.

2. On June 30, 2025, I attended the deposition of Karen Tuey. A true and correct copy of the relevant excerpts from Ms. Tuey's deposition are attached as **Exhibit 1**.

3. On July 2, 2025, I attended the deposition of Charles Miller. A true and correct copy of the relevant excerpts from Mr. Miller's deposition are attached as **Exhibit 2**.

4. On July 9, 2025, I attended the deposition of Nicole Marr. A true and correct copy of the relevant excerpts from Ms. Marr's deposition are attached as **Exhibit 3**.

5. On August 6, 2025, I attended the deposition of Lidia DeBaise. A true and correct copy of the relevant excerpts from Ms. DeBaise's deposition are attached as **Exhibit 4**.

6. On August 7, 2025, I attended the deposition of Haley Stant. A true and correct copy of the relevant excerpts from Ms. Stant's deposition are attached as **Exhibit 5**.

7. Attached hereto as **Exhibit 6**, is a true and correct copy of an email exchange between Karen Tuey and Daniel Medina with the subject line "Exempt employees," regarding a new California law for exempt employees in 2023, from

documents bates numbered MEDINA000003 – MEDINA000002, authenticated by Ms. Tuey in her deposition at 41:20-42:3; 42:9-19.

8. Attached hereto as **Exhibit 7**, is a true and correct copy of Mr. Medina's October 24, 2023 Performance Improvement Plan, authenticated by Ms. Marr in her deposition at 79:10-24.

9. Attached hereto as **Exhibit 8**, is a true and correct copy of Ms. Marr's November 29, 2023, email to Ms. Tuey summarizing the four incidents when Mr. Medina was not in the stores to which he was previously scheduled, authenticated by Ms. Marr in her deposition at 56:11-25.

10. Attached hereto as **Exhibit 9**, is a true and correct copy of an email sent on December 4, 2023, from Ms. Tuey to Mr. Medina with the subject line "Conversation 12.4.23" notifying Mr. Medina that Stila would process a direct deposit for backpay from 2022, authenticated by Ms. Tuey in her deposition at 68:3-23.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of August, 2025, at Los Angeles, California.

*/s/ Cara Strike*
CARA A. STRIKE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067.

On August 15, 2025, I served true copies of the following document(s) described as **DECLARATION OF CARA A. STRIKE IN SUPPORT OF DEFENDANT STILA STYLES, LLC'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Ranojoy Guha<br>EMPLOYEE CIVIL RIGHTS GROUP<br>3415 S. Sepulveda Boulevard, Suite 1100<br>Los Angeles, CA 90034<br>(310) 598-1524<br>raj@employeecivilrightsgroup.com<br>raj@guhalaw.com<br>alexa@employeecivilrightsgroup.com | Attorneys for Plaintiff DANIEL MEDINA |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2025, at Los Angeles, California.

_____
Catherine C. Mamayson

8229695

PROOF OF SERVICE