# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2

 3

 4   DANIEL MEDINA, an individual,    )
              Plaintiff,              )
 5       -vs-                         ) 2:24-cv-06340-
                                      )        FLA-RAO
 6                                    )
     STILA STYLES, LLC, a Delaware    )
 7   limited liability company;       )
     KAREN TUEY, an individual; and   )
 8   Does 1-25, inclusive,            )
              Defendants.             )
 9                                  - - - - - - -

10

11

12

13              REMOTE VIDEO DEPOSITION OF

14   KAREN TUEY, commencing at 9:30 AM Pacific Time on

15   Monday, June 30, 2025, before PAMELA HERRMANN,

16   Registered Professional Reporter and Notary

17   Public.

18                                  - - - - - - -

19

20

21

22

23

24

25
```

```
09:53  1          A    I was present in the conversation.
09:53  2          Q    Did somebody else make the decision
09:53  3    to terminate him other than you?
09:53  4          A    I was not part of the process -- I
09:53  5    mean I was not involved with the decision of his
09:53  6    termination.
09:53  7          Q    Who notified you that Stila had
09:53  8    decided to terminate his employment?
09:53  9          A    I would say probably his direct
09:53 10    boss.
09:53 11          Q    And who was that?
09:54 12          A    I think it would be Nicole Marr.
09:54 13          Q    Okay.
09:54 14          A    Working with Michelle, she's the
09:54 15    CEO, that they came to the final conclusion.
09:54 16          Q    What's Michelle, the CEO's last
09:54 17    name?
09:54 18          A    Kluz.
09:54 19          Q    Did you discuss -- how do you spell
09:54 20    that last name, please?
09:54 21          A    K-l-u-z.
09:54 22          Q    Did you discuss Mr. -- did you
09:54 23    discuss Daniel's termination with Michelle before
09:54 24    he was terminated?
09:54 25          A    No.
```

```
09:54  1                 Q    Did you discuss it with Nicole
09:54  2   Marr?
09:54  3                 A    No.
09:54  4                 Q    So I guess I'm a little confused.
09:54  5   Earlier I had asked who notified you that Stila
09:54  6   had decided to terminate him, right?
09:54  7                 A    So when I -- the only reason that I
09:55  8   am notified is to prepare paperwork and to prepare
09:55  9   the final pay.  So when the decision -- any
09:55 10   discussions leading up to the dismissal, I'm not
09:55 11   involved in until they tell me today is his last
09:55 12   day, please prepare -- so then from there, then I
09:55 13   would calculate the wages, if any paperwork, then
09:55 14   I'll get that prepared.
09:55 15                 Q    That's what you did for Daniel?
09:55 16                 A    Correct.
09:55 17                 Q    Okay.  You just mentioned that they
09:55 18   tell you that, you know, the decision has been
09:55 19   made.  In this case, who was the they that told
09:55 20   you?
09:55 21                 A    I mean to my memory, I would say it
09:55 22   would be Michelle.
09:55 23                 Q    Okay.  Do you have any memory about
09:55 24   how many times you discussed Daniel's termination
09:55 25   with Michelle?
```

```
10:38  1   break, I'm going to prepare a couple exhibits.
10:38  2   Let's go off the record.
10:38  3                  VIDEOGRAPHER:  We are now off the
10:38  4   record, the time is 10:38 AM Pacific Time.
10:38  5                  (Whereupon, a short recess was
10:38  6   taken.)
11:03  7                  VIDEOGRAPHER:  We are now on the
11:03  8   record, the time is 11:04 AM Pacific Time.
11:03  9   BY MR. GUHA:
11:03 10          Q    Okay, and Ms. Tuey, I ask the same
11:03 11   question every time we come back from a break; do
11:04 12   you understand you're still under oath?
11:04 13          A    Yes.
11:04 14          Q    All right.  I am going to share a
11:04 15   couple of exhibits, please bear with me getting
11:04 16   into this -- this takes a little bit of time.
11:04 17                  Would you please share with me the
11:04 18   Steno Connect app one more time, please?  Oh, no,
11:04 19   here it is, I've got it, nevermind, one moment.
11:04 20                  (Exhibit 1, emails Bates stamped
11:04 21   MEDINA000001 through MEDINA000003, was marked for
11:04 22   identification.)
11:04 23   BY MR. GUHA:
11:04 24          Q    Okay, I imagine you can see
11:05 25   something but it's very narrow, I'm going to
```

```
11:05  1   increase the -- how is this in terms of
11:05  2   readability?  Are you able to read this, Ms. Tuey?
11:05  3        A    Yes.
11:05  4        Q    All right.  As you know with these
11:05  5   email strings, the earliest one starts at the
11:05  6   bottom so I'm going to scroll up.  Let's start
11:05  7   with this one.  This is a little bit big for me.
11:05  8   Shoot, okay, hold on.
11:06  9            All right, I'll just leave it here.
11:06 10   Ms. Tuey, do you see this one, this email dated
11:06 11   July 18, 2023 at 4:27 PM, apparently from Daniel
11:06 12   Medina to you?
11:06 13        A    Yes.
11:06 14        Q    Do you recall receiving this email?
11:06 15        A    Vaguely, yes.
11:06 16        Q    All right.  Any reason to think
11:06 17   this is not an email you received from Daniel on
11:06 18   or about July 18, 2023 at 4:27 PM?
11:06 19        A    No.
11:06 20        Q    Okay.  Here he says, "Hi, Karen.  I
11:06 21   had a question about being an exempt employee in
11:06 22   California.  It looks like things changed on
11:06 23   January 1st, 2023.  Do you know anything about
11:06 24   this?"  Was this the email you were referencing
11:06 25   earlier, the first email Daniel sent you about his
```

```
11:06  1   concerns regarding his 2023 pay?
11:07  2          A    Yes.
11:07  3          Q    All right.  I'll scroll up now.
11:07  4   And the next email looks like it's from you to
11:07  5   Daniel; did you send this email on July 19, 2023
11:07  6   at approximately 12:46 PM saying thank you Daniel
11:07  7   for bringing this up, and saying you would
11:07  8   doublecheck with ADP and circle back to him?
11:07  9          A    Yes.
11:07 10          Q    Okay.  And did he respond, to the
11:07 11   best of your recollection, about an hour later the
11:07 12   same day to say, "It sounds good, thank you," in
11:07 13   this email just above?
11:07 14          A    Yes.
11:07 15          Q    Okay.  And above that, it looks
11:07 16   like it's an email dated the next day, July 20,
11:07 17   2023 at 12:38 PM, did you send this email to
11:07 18   Daniel in response to his 2023 pay inquiry?
11:07 19          A    Yes.
11:08 20          Q    All right.  And you asked -- so did
11:08 21   he call you after you emailed him this?
11:08 22          A    I believe so.
11:08 23          Q    Okay.  And it looks like he sent
11:08 24   you an email back immediately after you emailed
11:08 25   him, confirming that he intended to call you; do
```

```
11:52  1   I skipped earlier so, just because it is out of
11:52  2   chronological order.
11:52  3              (Exhibit 6, email Bates stamped
11:52  4   MEDINA000165, was marked for identification.)
11:52  5   BY MR. GUHA:
11:52  6        Q    All right, so this is a one-page
11:52  7   exhibit, an email apparently from you, Ms. Tuey,
11:52  8   to an email Dan.likeme@gmail.com.  Take a moment
11:52  9   to review it and let me know once you finish
11:53 10   reviewing it.
11:53 11        A    Okay.
11:53 12        Q    Okay.  Is this an email you sent to
11:53 13   Daniel Medina on December 4th at 11:45 AM,
11:53 14   approximately?
11:53 15        A    Yes.
11:53 16        Q    All right.  And then it says --
11:53 17   well, in this chart, it talks about a California
11:53 18   salary requirement, and then a hire date of
11:53 19   4/12/22.  You earlier mentioned that there was a
11:53 20   second email from Daniel about a pay adjustment
11:53 21   because of a similar exempt minimum pay issue
11:53 22   related to the year 2022, is that accurate?
11:54 23        A    Yes.
11:54 24        Q    And this was the adjustment you
11:54 25   made for the 2022 pay, similar to the adjustment
```

| | | |
|---|---|---|
| | KAREN TUEY<br>JUNE 30, 2025 | JOB NO. 1766544 |

```
12:13  1   questions.
12:14  2                   MS. STRIKE:  I have a few
12:14  3   questions.  It might be helpful if I had just like
12:14  4   three or four minutes here to get it all gathered
12:14  5   so we can run through them quickly.
12:14  6                   MR. GUHA:  Of course.  Off the
12:14  7   record, please.
12:14  8                   VIDEOGRAPHER:  We are now off the
12:14  9   record, the time is 12:14 PM Pacific Time.
12:14 10                   (Whereupon, a short recess was
12:14 11   taken.)
12:20 12                   VIDEOGRAPHER:  We are now on the
12:20 13   record, the time is 12:20 PM Pacific Time.
12:20 14                      CROSS EXAMINATION
12:20 15   BY MS. STRIKE:
12:20 16         Q    I would like to begin by going back
12:20 17   to Exhibit 1.  Can you see the email that
12:20 18   Mr. Medina sent to you Tuesday, July 18 at 4:27
12:20 19   PM?
12:20 20         A    Yes.
12:20 21         Q    Did Stila increase Mr. Medina's
12:21 22   2023 salary after he sent you the July 18, 2023
12:21 23   email?
12:21 24         A    Yes.
12:21 25         Q    Before Mr. Medina's July 18, 2023
```

```
12:21  1    email, were you personally aware of any changes to
12:21  2    the minimum salary for exempt status employees in
12:21  3    California?
12:21  4          A    No.
12:21  5          Q    Did Stila make an additional
12:21  6    payment to Mr. Medina outside of his standard
12:21  7    bi-monthly salary payment in July of 2023?
12:21  8          A    Yes.
12:21  9          Q    What was that payment for?
12:21 10          A    It was for back pay that was due.
12:21 11          Q    And what was that back pay for?
12:21 12    For instance, was it for a particular year?
12:22 13          A    For 2023.
12:22 14          Q    Did Mr. Medina also receive a
12:22 15    salary increase in July of 2023?
12:22 16          A    Yes.
12:22 17          Q    Did Stila make another payment to
12:22 18    Mr. Medina outside of his standard bi-monthly
12:22 19    salary payment in December of 2023?
12:22 20          A    Oh, yes.
12:22 21          Q    And what was that second payment
12:22 22    for?
12:22 23          A    For the 2022 adjustment.
12:22 24          Q    Charles Miller was Mr. Medina's
12:22 25    direct supervisor when he was employed with Stila,
```

```
 1   CERTIFICATE OF REPORTER
 2           I, Pamela C. Herrmann, NCRA Registered
 3   Professional Reporter, do hereby declare:
 4             That prior to being examined, the witness
 5   named in the foregoing deposition was by me duly
 6   sworn pursuant to Section 30(f)(1) of the Federal
 7   Rules of Civil Procedure and the deposition is a
 8   true record of the testimony given by the witness.
 9           That said deposition was taken down by me
10   in shorthand at the time and place therein named
11   and thereafter reduced to text under my direction.
12           That the witness did not request to review
13   the transcript and make any changes to the
14   transcript as a result of that review pursuant to
15   Section 30(e) of the Federal Rules of Civil
16   Procedure.
17             I further declare that I have no interest
18   in the event or the action.
19             I declare under penalty of perjury under
20   the laws of the United States of America that the
21   foregoing is true and correct.
22           Witness my hand this 15th day of
23   July, 2025.          _Pamela C. Herrmann_____
24                        Pamela C. Herrmann
                          RPR 13819
25                        Delaware Notary 20200930000010
```