# Exhibit 2

```
 1                 UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
 2                              - - -
     DANIEL MEDINA, an          :CASE NO. 2:24-cv-06340-FLA-RAO
 3   individual,
                 Plaintiff,     :
 4        vs.
                                :
 5   STILA STYLES, LLC, a
     Delaware limited           :
 6   liability company;
     CHARLES MILLER, an         :
 7   individual; and DOES
     1-25, inclusive,           :
 8
                 Defendants.    :
 9   -----------------------

10                              - - -

11           Videotaped remote deposition of CHARLES

12   MILLER, on Wednesday, July 2, 2025, commencing at

13   approximately 9:34 a.m. Pacific Time, before Kori

14   DiMattia, RPR and Notary Public, there being present:

15

16

17

18

19

20

21

22

23

24

25
```

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1          When you say education and sales, what's the

2     difference between the two?

3     A     Education -- we'll start with education.  Our jobs

4     in the field -- and there's different titles within the

5     field.  We have -- we hire a group of individuals we

6     refer to as sales and education artists.  These sales

7     and education artists represent Stila.  We go to Ulta

8     locations and on occasion, if asked, if we have an

9     initiative or, let's say, J.C. Penney, we launched in a

10    J.C. Penney recently when they rebuilt their beauty

11    department.  So it can also be other retailers.

12         But primarily we hire individuals to support

13    and to drive sales and education through Ulta Beauty.

14    Education meaning that we teach and train on any new

15    launch of product that we have seasonally.  We're

16    constantly working with the teams inside of their --

17    inside of their individual stores because they also have

18    what they refer to as beauty advisers, and those are the

19    individuals we primarily work with in addition to their

20    management team.

21    Q     Okay.  So Stila operates -- let me back up,

22    actually.

23         You mentioned earlier Stila's work in Ulta

24    stores.  What other cosmetic retailers does Stila

25    service?

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1    A    We service primarily Ulta Beauty.  That is our

2    main -- that is our main one account here in the United

3    States that we service.  We physically service, meaning

4    we work within Ulta Beauty.

5              We have distribution -- meaning our products

6    can be sold -- through Amazon.  We have our own direct

7    to consumer website.  We do have accounts that will

8    extend beyond the United States.  We do have accounts in

9    Canada as well.

10             So our -- so basically our product itself,

11    Stila Cosmetics, can be distributed and sold to

12    whichever retailer that will come -- that we can work

13    with.  I guess that's my best answer for you.

14    Q    Makes sense.

15    A    Okay.

16    Q    But Stila employees, it sounds like, are only

17    deployed in Ulta and J.C. Penney stores; is that right?

18    A    When asked to go in to train at a J.C. Penney, yes.

19    Primarily Ulta Beauty.

20    Q    So Stila employees are occasionally sent to train

21    J.C. Penney employees who then deal with -- directly

22    with the customer?

23    A    That is correct.

24    Q    And is that the same role that Stila plays at Ulta,

25    is it -- so let me ask a different way.

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1          There is constant communication with stores.

2     There's constant communication with their direct

3     reports, meaning myself and our corporate office.  And

4     schedules are made a month out in advance because we're

5     there to drive the business.  And often we are mostly

6     proactive but sometimes have to be reactive to the

7     business due to business swings.

8     Q    Any other -- are there any other skills that are

9     important, other than what you just mentioned, in order

10    to be successful in the sales and artistry executive

11    role in your opinion?

12    A    There's quite a few.  I mean, as an individual in

13    this type of position, you have to have a very keen

14    sense of managerial -- a -- you have to have a sense of

15    management in the ability that you're managing people.

16    Not only managing people, you're also managing all the

17    accounts.  So there's a direct flow of communication on

18    a, often, daily/weekly to these individuals.

19          We have to have a good sense of scheduling,

20    time management.  We refer to it as business acumen.  We

21    have to be proactive, like I mentioned, on times, when

22    we are looking at our sales and our territories.  We are

23    constantly building out schedules in the needs of the

24    business.  We are working with Ulta Corporate to drive

25    events through their individual retail space.

Exhibit 2, Page 20

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1   A    We try two events in stores every weekend.

2   Q    Are there occasions when employees -- well, sales

3   and artistry executives are required to visit more than

4   a store -- more than one store in a workday?

5   A    Yes.

6   Q    All right.  Typically, how many hours a week do

7   sales and artistry executives work?

8   A    We require a minimum of 40 hours per week.

9   Q    How is that minimum tracked?

10  A    That is a trust and verified process with our

11  executives, as they do not clock in nor out.  We ask

12  that they provide their schedules on their Outlook

13  calendars.

14  Q    Okay.  Let's see.  When you say they should provide

15  their schedule on their Outlook calendars, how is --

16  what exactly does Stila expect to be reflected on sales

17  and artistry executives' Outlook calendars?

18  A    A standard schedule for a -- sorry, a standard

19  schedule for a sales and -- sales and executive --

20  artistry executive should be a five-day workweek.  It is

21  built into their calendar that they're scheduled off on

22  Sundays and Mondays.  Tuesdays are office days, as

23  mentioned earlier.  They are in field driving business

24  from Wednesday through Saturday.

25  Q    Now are Fridays and Saturdays typically devoted to

Exhibit 2, Page 21

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1  time, but it's not always at that level.

2  Q    What's the lowest number of -- lowest headcount for

3  that individual, to the best of your memory, since the

4  pandemic ended?

5  A    I can't give you a direct answer, because it

6  fluctuates throughout the year.

7          At any given time, she probably could have

8  had -- or any territory, we -- minimum of ten.

9  Q    Great.  That's helpful.  Thank you.

10          All right.  And is it correct to say that

11  sales and artistry executives only supervise makeup

12  artists?  Or is there other job titles that sales and

13  artistry executives are responsible for managing or

14  supervising?

15  A    Sales and artistry executives hire, train and

16  educate their teams, which are the sales and artistry --

17  their sales and artistry team.  Those individuals report

18  directly to their sales executive.  That's the only

19  individuals they supervise.

20  Q    What -- do they have a title, the sales -- the

21  members of the sales and artistry team who are

22  supervised by the executives?  Is there a specific

23  title, or are they just contractor or something?

24  A    Sales and education artists.

25  Q    That's okay.  I got it.  You said that already.

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1    other than the categories that I just asked you about?

2    A    No, sir.

3    Q    Okay.  I think you said you reported to -- pardon

4    me.  I think you said you have reported to Nicole Marr

5    continuously since you came back after the pandemic,

6    right?

7    A    That's correct.

8    Q    Has she ever discussed with you any feedback about

9    what your role in the processing of any employee

10   grievance ought to be?

11        MS. STRIKE:  Objection.  Vague.

12   BY MR. GUHA:

13   Q    Any employee grievance of the types that I just

14   listed and asked you about, did she ask you -- did she

15   ever talk to you about your proper role in the

16   investigation of any complaints about unpaid wages,

17   disability accommodations, medical leaves of absence, or

18   sexual harassment?

19   A    No, she has not, as we have -- nothing has been

20   brought to my attention.

21   Q    Have you ever received training on sexual

22   harassment policies or procedures?

23   A    We have, yes.

24   Q    Do you do that annually?

25   A    That is done through our corporate office and is

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1          No, let's start with as a sales and education

2     artist.

3     A    All sales and education artists, including Daniel,

4     would've been responsible for interfacing with the

5     management team upon arrival.

6     Q    And what does that interfacing look like?  What was

7     expected of the artist in interfacing with management?

8     A    Simply stated, when we arrive at a store, we

9     announce that we're in the building.  We sign their

10    vendor log.  We communicate with the manager on duty to

11    let them know that we're in the building and our desired

12    focus or our personal sales goal that we want to achieve

13    for that day.

14          We inquire if there are any new employees

15    within the building that we need to educate while there.

16    And if not, we proceed forward with sales and driving

17    the business.

18    Q    Now, how long did Daniel hold this position of

19    sales and education artist?

20    A    To put a date to this, I'm going to say we hired

21    him in December of '21 as a sales and education artist.

22    And it was the following year, in '22, second quarter of

23    2022, that he interviewed for -- at that point, we

24    created a sales and artistry executive position for that

25    market.

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

```
 1            So not only did we hire him as a sales and
 2    education artist, internally he then put his name in for
 3    interviewing for the executive position, and he was --
 4    and we, in a sense, promoted him to that role.  And that
 5    would have been in 2022.
 6    Q    In Q2 in '22, to the best of your memory, right?
 7    A    Sir?
 8    Q    In the second quarter of 2022, to the best of your
 9    memory?
10    A    He was promoted in the month of April.  I want to
11    say we offered him the position in April of 2022.
12    Q    Okay.  Thank you.
13            Do you recall how many others -- well, do you
14    recall how many approximately applied for this newly
15    created executive role that he got?
16    A    I cannot pinpoint a specific number for you when
17    you ask me that question.  We had multiple applicants
18    for that role.
19            The fact that he was already established and
20    working with us, I had already seen what he can bring to
21    the company.  Hence, that being said, he still had to
22    interview for the position.  And we still held -- we
23    still held interviews outside of his role with us, which
24    could have extended up to almost six to seven
25    applicants.
```

Exhibit 2, Page 25

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1    established, we have today -- as in 2025, we have nine

2    executives across the country, and there are two

3    regional positions, myself and another partner, Lydia

4    DeBaise, who is on the east coast.

5            So, yes, the sales have increased from what

6    they were when we returned from pandemic.

7    Q    What was Daniel's -- I'm sorry.

8            What was Daniel's region when he first assumed

9    the title of sales and artistry executive?

10   A    The Los Angeles market and San Diego.

11   Q    So both LA and San Diego counties?

12   A    Correct.

13   Q    Did that also include Orange?

14   A    I'm not familiar with all the counties in the

15   greater Los Angeles market.  But, yes, Orange County is

16   involved in that.

17   Q    Is it fair to say he was responsible for southern

18   California?

19   A    Yes.

20   Q    Okay.  Got it.

21           Did he have any involvement in northern

22   California?

23   A    No, sir, he did not.

24   Q    Got it.

25           Okay.  And not in any other states either?

Exhibit 2, Page 26

1  A    I have yet to prove that he visited those stores.

2  Q    Do you have any information indicating he did not

3  visit those two stores?

4  A    Do not have indication that he did not visit those

5  stores, although he was not at the location what his --

6  where he was scheduled at the time.

7  Q    Which location was he scheduled to be at?

8  A    I would have to go back and look at the records to

9  give you an exact store.

10 Q    Okay.  How do you know that the trip was not

11 successful because he didn't go to that scheduled store

12 that morning?

13 A    He shared his recap of his visits.  We talked about

14 his trip.  He had an artistry team in place at this

15 location as well that gave feedback of his visit, and it

16 proved that this was not a successful trip for us or

17 him.  And he made poor choices with scheduling while he

18 was there.

19 Q    Okay.  Did you -- excuse me.

20       There was a Ulta conference in 2023, in

21 approximately April; is that right?

22 A    Can you repeat your question?

23 Q    Sorry.  There was an Ulta conference in

24 approximately April 2023; is that right?

25 A    There is an Ulta conference every year.  So, yes,

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1    there was one held in 2023.

2    Q    In Las Vegas?

3    A    It was held in Las Vegas in 2023, yes.

4    Q    Do you recall if this trip that Daniel took to Las

5    Vegas was before or after the Ulta conference?

6    A    It would have been before.

7    Q    Okay.  Do you remember approximately how long?

8    A    I do not.  No, I do not.

9    Q    Okay.  But you're pretty sure it was in 2023 and

10   prior to the April Ulta conference?

11   A    Yes.

12   Q    Okay.  Did Daniel receive any discipline with

13   respect to the stores he visited or didn't visit in Las

14   Vegas on this trip?

15         MS. STRIKE:  Objection.  Vague as to

16      discipline.

17   BY MR. GUHA:

18   Q    Yeah.  Did he receive any written notice

19   regarding -- did he receive any -- did anything get put

20   in his employee file with respect to this Las Vegas

21   visit and his decision not to visit the store that you

22   believe he was scheduled to visit?

23   A    Nothing was put into his employee file due to the

24   instances that we uncovered while he was there.  It was

25   the notion that we wanted to offer a larger territory to

Exhibit 2, Page 28

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1   him because of his ability and he was able to access
2   this market, that he proved to us that it was not -- he
3   didn't manage the process properly, so I felt it wasn't
4   the right time.
5   Q    Did -- was anyone else assigned the Las Vegas
6   territory instead of Daniel once the decision was made
7   not to put him in charge of that?
8   A    I was overseeing the market.
9   Q    But, I mean, in order -- I understand you were
10  overseeing the market, but you have so many other
11  managerial responsibilities and you're in Houston,
12  right?  So how did you manage the personnel on the
13  ground, if any, without being in Las Vegas?
14  A    To give you a better description of what I do, not
15  only do I supervise my account executives across the
16  country, we are also responsible for running markets
17  across the United States.
18          So at that moment in time, Las Vegas was under
19  my alignment.  So I was -- and this goes back to when I
20  first shared with you that I was the only individual
21  that returned from pandemic, I was overseeing the
22  operations of all stores by myself across the entire
23  United States.
24          As we continued to hire executives, then we
25  started breaking off these territories in to those

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1   specified markets.  So there is still, today, areas that

2   I oversee within the U.S.

3   Q    Does that mean you actually have to visit Las Vegas

4   with some frequency during that time?

5   A    Doesn't mean that I visit that territory

6   personally.  We have Teams calls.  We converse and we

7   work with our artists across the country in the same

8   fashion we would an executive.

9   Q    Got it.  Got it.  Okay.

10             Is there currently a sales executive assigned

11  to Las Vegas?

12  A    That is correct.  Her name is Stephanie DeGuzman

13  and she's based in Phoenix.

14             I mean -- apologies.  Monique, the current

15  executive in California.  Apologies.  Let me strike

16  that.

17  Q    What's Monique's last name, if you know?

18  A    Monique Nguyen.

19  Q    And -- sorry.

20             So is Monique also responsible for Daniel's

21  prior territory?

22  A    Monique came on board after his departure.  Monique

23  joined our team in January of 2024.  Monique resides in

24  the Los Angeles area and oversees that market, San

25  Diego, and she also oversees the Las Vegas market.

Exhibit 2, Page 30

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

```
 1              Tell me just when you've had a chance to
 2    review and are you able to say whether you recognize it
 3    or not.
 4    A    I recognize the form, yes.
 5    Q    Okay.  What is this document to your knowledge?
 6    A    This is a document, as we provide also for
 7    ourselves and artistry executives, this is a job
 8    description outlining what our position as a regional
 9    field sales director would look like.  So it's a broad
10    overview and description of our duties and
11    responsibilities.
12    Q    Is this an accurate reflection of your duties and
13    responsibilities during the time that Mr. Medina was
14    still employed by Stila?
15    A    Yes, it would be.
16    Q   Okay.  I'll just ask you about a couple of
17    categories here.  It says -- well, okay.  Down here at
18    the very bottom of the page actually, the very last
19    bullet point.  It says:  Conduct quarterly and annual
20    performance reviews of the SAEs in partnership with
21    sales leadership.
22              Just a couple of definitions there.
23              Is SAE sales and artistry executive?
24    A    That's correct.
25    Q    That's the position Daniel held?
```

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1    talking to him about Seal Beach, Sherman Oaks, or

2    Burbank; is that right?

3    A    For these specific -- for these specific

4    identifiers, no, because this was information that

5    Nicole was providing to me and vice versa when I shared

6    with her the sales discrepancy with Cerritos.

7    Q    Got it.  Okay.  Thank you.  Thank you.

8            Are these findings the reason why Daniel was

9    terminated, to the best of your knowledge?

10   A    This was information that we brought to his

11   attention that cannot continue.  Daniel was on a

12   performance improvement plan prior to this date of

13   November 29th, and it was to improve -- it was to work

14   with him to improve upon his business acumen and to get

15   him in a better positioning with managing his payroll,

16   his schedules and et cetera.

17           So there was a lot of coaching to such topics

18   prior to the date he was released.

19   Q    Okay.  Let's bring up that performance improvement

20   plan.

21           All right.  I'm going to scroll down slowly.

22   Would you let me know if and when you recognize this

23   document.

24   A    I recognize this document.  I composed this

25   document.

1  abilities at work.

2  Q    But you assessed that for the entire 60-day period,

3  right?

4  A    That was assessed for the entire year.

5  Q    Well, then why does the PIP talk about 60 days

6  instead of a year?

7  A    Because it was brought to his attention prior to

8  the PIP.  I state 60 days because we have already -- I

9  even flew out to Los Angeles in the summertime, had a

10  market visit with him.  That was in the month of June.

11  From there, continued to work with him.  We wanted to

12  strengthen his -- his acumen -- his business acumen

13  within our role.  And the fact that he did not continue

14  to improve upon the areas of development is when we

15  decided that we needed to put him on a PIP to hone in

16  together and to strengthen those areas.

17  Q    Is it fair to say that you composed the PIP close

18  to the time when you decided the put him on the PIP?

19  A    Yes.  Within the 30-day period.

20  Q    No.  I mean the 30-day period was the period that

21  PIP applied for, right?  Like he had 30 days after the

22  PIP was issued for his performance to be assessed under

23  the PIP, right?

24  A    It would have been 30 days after the PIP being

25  presented to him that we wanted to work with him and

CHARLES MILLER
JULY 02, 2025                                              JOB NO. 1766537

```
 1        is 2:40 p.m. Pacific Time.

 2                         - - -

 3              (Whereupon, a brief break was taken.)

 4                         - - -

 5              VIDEOGRAPHER:  We're on the record.  The time

 6        is 2:51 p.m. Pacific Time.

 7                         - - -

 8                      EXAMINATION

 9                         - - -

10   BY MS. STRIKE:

11   Q    Good afternoon, Mr. Miller.  Did -- I just have a

12   few more questions here to wrap up.

13              Did Stila announce a contest for its

14   executives in 2023 where the winner would be awarded a

15   trip to New York City fashion week?

16   A    I do not have a recollection of a contest that we

17   had put out there for the executives to win a trip.

18   That being said, as everyone's going to want to go to

19   fashion week obviously within our industry, but there

20   was no contest that we created for that.

21   Q    So Stila had not marketed or in any way told its

22   executives that there was an opportunity where, based on

23   their sales, they may win a trip to New York City

24   fashion week?

25   A    No, ma'am.
```

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1   Q    Was Mariano involved in any way in assessing

2   Daniel's performance or job competency while he was

3   employed with Stila?

4   A    No, ma'am.

5   Q    Was Mariano involved in any way in deciding to end

6   Mr. Medina's employment?

7   A    No.   That's incorrect.   No.

8   Q    Did you attend the 2022 Ulta conference?

9   A    Ulta '22 conference in San Antonio?   Yes, I did.

10  Q    Was Mariano Testa also in attendance at that

11  conference?

12  A    Mariano was in attendance, yes.

13  Q    What about Daniel Medina?

14  A    Daniel Medina, that was his first conference right

15  after he was promoted.

16  Q    Was Nicole Marr in attendance?

17  A    Yes.   Nicole Marr was in attendance.

18  Q    Did you witness Mariano engage in any inappropriate

19  behavior of a sexual nature towards Daniel during the

20  conference?

21  A    I did not.

22  Q    Did you witness Mariano engage in any inappropriate

23  behavior towards Daniel at any time during Daniel's

24  employment?

25  A    No, ma'am, I did not.

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

1    Q    Did Daniel ever complain to you that Mariano

2    engaged in any inappropriate behavior towards him at any

3    time during his employment?

4    A    No.

5    Q    And you cut out a little bit.  Can you just confirm

6    what your answer was?

7    A    No, he did not.  No, ma'am.  No.

8           MS. STRIKE:  I have no further questions.

9           MR. GUHA:  I have actually maybe one or two

10       here.

11                      - - -

12                  FURTHER EXAMINATION

13                      - - -

14    BY MR. GUHA:

15    Q    Was there -- was Daniel ever the top salesperson --

16    sales executive in the country during his employment?

17           MS. STRIKE:  Objection as to vague.

18    BY MR. GUHA:

19    Q    Yeah.  Was he the highest -- did he have the

20    highest sales in the -- among the sales executives in

21    the company during any of the weeks that he was

22    employed?

23    A    To state that he had the highest sales, we have to

24    reference his territory.  And Los Angeles and San Diego

25    is our higher volume territories.

CHARLES MILLER
JULY 02, 2025

JOB NO. 1766537

```
 1              CERTIFICATION

 2

 3          I hereby certify that the proceedings and

 4   evidence are contained fully and accurately in the

 5   stenographic notes taken by me upon the foregoing matter

 6   and that this is a correct transcript of the same.

 7          I further certify that pursuant to FRCP Rule

 8   30(e)(1) that the signature of the deponent was

 9   requested by the deponent or a party before the

10   completion of the deposition and returned within 30 days

11   from date of receipt of the transcript.  If returned,

12   the attached Changes and Signature contains any changes

13   and the reasons therefore was not requested by the

14   deponent or a party before the completion of the

15   deposition.

16          I further certify that I am neither attorney

17   nor counsel for, related to, nor employed by any of the

18   parties to the action in which this testimony was taken.

19   Further, I am not a relative or employee of any attorney

20   of record in this cause, nor do I have a financial

21   interest in the action.

22   Dated: July 17th, 2025

23                              _Kori DiMattia_____

24              Kori DiMattia, RPR and Notary Public

25
```

Exhibit 2, Page 37