# Exhibit 4

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   DANIEL MEDINA, an            )
     individual,                  )
 5                                )
             Plaintiff,           )
 6                                ) Case No.
     vs.                          ) 2:24-cv-06340-FLA-RAO
 7                                )
     STILA STYLES, LLC, a         )
 8   Delaware limited             )
     liability company; and      )
 9   DOES 1 to 25, inclusive,     )
                                  )
10           Defendants.          )
     _____

11

12
             REMOTE VIDEOCONFERENCE DEPOSITION OF
13
                        LIDIA DEBAISE
14
                        Pages 1 - 37
15
                 Wednesday, August 6, 2025
16
              8:04 a.m. PST - 8:57 a.m. PST
17

18

19

20

21

22   Steno Job No.: 1880112

23   Reported by:
     Sheri Smargon, RDR, CRR, CRC, CRI, FPR-C, M.A.
24   Stenographic Reporter
     CA CSR No. 14515
25
```

```
 1            ATTORNEY GUHA:  Okay.  Cara, let's discuss at
 2       the break or whatever.  This looks like an honest
 3       mistake here.  It has "regional," "director," a
 4       lot of the things that sound like, I believe --
 5  ATTORNEY GUHA:
 6       Q.   What is your exact title?
 7       A.   Regional director of sales.
 8       Q.   Okay.  Got it.  For the East Coast region?
 9       A.   Correct.
10       Q.   Yeah.  So there's -- I think it makes sense to
11  all -- to all of us.  It must have looked like it
12  contained the right keywords but was not exactly the
13  right one?
14       A.   Correct.
15       Q.   Okay.  All right.  But same question, then --
16  let's leave the document aside -- but -- so, then,
17  what is your -- you talked to me a little bit about
18  being an account executive.
19            Can you tell me a high-level overview of your
20  job now, then, as regional director of sales for the
21  East Coast?
22       A.   I'm in charge of account executives in the
23  East Coast.  Right now, I have four people on my
24  team.  And my main responsibility is to drive sales
25  and make sure we're strategic in driving sales and,
```

```
 1   you know, overseeing the business, overseeing my
 2   team, helping, directing them and just giving them
 3   guidance and, you know, having weekly touch bases
 4   with them and making sure we're driving the business
 5   to the best of our ability.
 6           At the end of the day it's about sales.  It's
 7   about, you know, what -- you know, how are we driving
 8   sales and if we're executing whatever is given to us,
 9   you know, correctly and effectively.
10      Q.   Did you ever meet my client Daniel Medina?
11      A.   Yes.
12      Q.   When did you first meet Daniel?
13      A.   The only time I would meet with anyone on the
14   West Coast was during our Ulta FLC meetings.
15           So it was -- again, year -- the year, I don't
16   remember, but I know it was the San Antonio Ulta FLC.
17      Q.   Got it.  Okay.  And what does "FLC" stand for?
18      A.   Field Leadership Conference for Ulta.
19           And that is for the general managers for the
20   Ulta retailer.  It's not -- it's -- and we're guests
21   as we have booths in there.  We present to them.
22      Q.   Okay.  Were you also at the 2023 Ulta FLC in
23   Vegas?
24      A.   Yes.
25      Q.   Okay.  Do you recall if Daniel attended the
```

```
 1   the East Coast; he's over the West Coast?
 2        A.   Correct.
 3        Q.   Okay.  And you -- do you report to
 4   Nicole Marr?
 5        A.   Yes.
 6        Q.   Okay.  Now, these weekly Tuesday team
 7   meetings, during Daniel's employment at least, were
 8   they led by Nicole Marr typically?
 9        A.   Yes.
10        Q.   Okay.  Did you receive any information during
11   Daniel's employment about how his sales numbers were
12   going?
13        A.   Well, we -- on the weekly sales -- on the
14   weekly touch base calls, we review the team's sales,
15   and we go through each account executive and how --
16   how they -- the results that, you know, they achieved
17   for the week prior.
18        Q.   Do you recall learning that Daniel's sales
19   numbers were below expectations at any time?
20        A.   Not that I -- no.  I think he -- he did pretty
21   well from what I remember.
22             He did well.
23        Q.   Okay.  Do you recall any instances where
24   Daniel was rude toward Nicole Marr or Charles Miller
25   during any of these meetings?
```

```
 1      A.   '23?
 2           No.  He did not.
 3      Q.   Were you there for -- were you the manager in
 4   charge of the account executives that he -- that he
 5   would normally supervise since he wasn't there?
 6      A.   Well, I mean -- I mean, based on just, you
 7   know, organizational or, you know, the chain of
 8   command, I would say yes.
 9      Q.   Okay.
10      A.   Never specifically said, "Okay.  You're
11   looking over the West Coast team since Charles is not
12   there."
13           I did not get that direction.
14      Q.   Okay.  Got it.  Now, did Mariano Testa also
15   attend that event?
16      A.   Yes.
17      Q.   Did Daniel ever tell you that Mr. Testa had
18   behaved inappropriately toward him?
19      A.   No.
20      Q.   Did he ever tell you that Mr. Testa had
21   invited him up to his hotel room?
22      A.   No.
23      Q.   You didn't tell Daniel not to start rumors by
24   saying things like that?
25      A.   No.
```

1    ATTORNEY GUHA:  Okay.  No further questions,
2    then.
3    ATTORNEY STRIKE:  I have just a few more
4    questions.
5                    CROSS-EXAMINATION
6    BY ATTORNEY STRIKE:
7       Q.   At the San Antonio 2022 Ulta conference, did
8    you ever witness Mariano Testa engage in
9    inappropriate behavior toward Daniel Medina?
10      A.   No.
11      Q.   Did you witness Mariano Testa engage in
12   inappropriate behavior toward Daniel at the 2023 Ulta
13   conference in Vegas?
14      A.   No.
15      Q.   Did you ever hear Daniel Medina call or refer
16   to Mariano Testa as Daddy?
17      A.   Yes.
18           Yes.
19      Q.   Do you remember any context to that?
20           Do you remember when he called him Daddy?
21      A.   I mean, I heard it -- I feel like, you know --
22   I -- it was -- it was in regular conversation.  I
23   think, you know -- the only time I remember -- I
24   remember him doing that was when -- when we were kind
25   of, like -- after -- after we would set up the booth,

LIDIA DEBAISE  
AUGUST 06, 2025  
JOB NO. 1880112

```
 1        So I would feel like I could go to her or, I
 2   mean, really escalate it to whoever I need to, like
 3   the CEO if I had -- if I had to.
 4        ATTORNEY STRIKE:  Thank you.  I have no
 5     further questions.
 6        ATTORNEY GUHA:  All right.  Just a couple of
 7     follow-ups here.
 8                    REDIRECT EXAMINATION
 9   BY ATTORNEY GUHA:
10     Q.  Ms. Strike asked you about Daniel referring
11   to -- well, she asked you some questions about Daniel
12   using the word "Daddy."
13        Did -- do you recall Daniel saying -- pardon
14   me -- do you recall Mr. Testa being present when
15   Daniel used the word "Daddy" to refer to him?
16     A.  Yeah.  I -- they were together.  It was a
17   group of people.
18     Q.  Who else do you -- and I understand it was a
19   while ago, but who else do you remember being there?
20     A.  The only other people I remember -- I remember
21   Maggie.  It wasn't a huge group.  It was just a few
22   of us.  I -- I -- I remember Maggie, but I don't
23   remember anyone else.  Possibly Haley.
24        I don't -- honestly, I don't remember anyone
25   else.
```

```
 1                  CERTIFICATE OF REPORTER
 2          UNITED STATES DISTRICT COURT         )
                                                  SS.
 3          CENTRAL DISTRICT OF CALIFORNIA       )
 4          I, SHERI SMARGON, Certified Stenographic
 5    Reporter of the CENTRAL DISTRICT OF CALIFORNIA,
 6    hereby certify:
 7          That I was present remotely at the times and
 8    places herein set forth and that I reported in
 9    shorthand notes the proceedings had; that I
10    thereafter transcribed my said shorthand notes by
11    computer-aided transcription, the foregoing being
12    a full, true, and correct transcription thereof,
13    and a full, true, and correct transcription of the
14    proceedings had.
15          Stenographer's certified transcript consists
16    of pages 1 to 37, inclusive.

              _____
18          SHERI SMARGON, RDR, CRR, CRC, CRI, FPR-C, M.A.
            CA CSR NO. 14515
19          Certified Stenographic Reporter
20
      GOVERNMENT CODE SECTION 69954:
21
            (d) Any court, party, or person who has
22    purchased a transcript may, without paying a
      further fee to the reporter, reproduce a copy or
23    portion thereof as an exhibit pursuant to court
      order or rule, or for internal use, but shall not
24    otherwise provide or sell a copy or copies to any
      other party or person.
25
```