# Exhibit 5

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4       DANIEL MEDINA, an        *

5            individual,        *

6                               *  Case No.

7              Plaintiff,    *  2:24-cv-06340-FLA-RAO

8                vs.          *

9       STILA STYLES, LLC, a    *

10   Delaware limited liability  *

11    company; and Does 1-25,    *

12            inclusive,        *

13                               *

14            Defendants.    *

15

16       Videotaped Deposition of HALEY STANT

17             Thursday, August 7, 2025,

18             1:14 p.m. Pacific Time

19

20

21   Job No.:  1880123

22   Pages 1 - 51

23   Reported by:  Danielle Krautkramer, CCR

24

25

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

```
01:23:57  1          Q   So, have you reported to Ms. Marr throughout
01:24:01  2     the time that you held the title of education and
01:24:04  3     event manager?
01:24:05  4          A   Yes.
01:24:06  5          Q   Have you ever reported to Charles Miller?
01:24:12  6          A   Very briefly.
01:24:14  7          Q   Okay.  Was that before you took on this
01:24:18  8     role?
01:24:18  9          A   Yes.
01:24:19 10          Q   Okay.  Do you remember meeting my client,
01:24:28 11     Daniel Medina?
01:24:29 12          A   Yes.
01:24:30 13          Q   When do you remember first meeting him?
01:24:33 14          A   I recall meeting him in-person the first
01:24:37 15     time in Las Vegas at our FLC conference in 2023.
01:24:46 16          Q   Where were you based at the time?
01:24:51 17          A   At the time, I was based in Phoenix,
01:24:54 18     Arizona.
01:24:55 19          Q   Do you perform your role for the entire
01:25:03 20     company?  Are you education -- I'm so sorry, I'm
01:25:12 21     going to type it down this time.  I'm trying not to
01:25:16 22     take notes.  Give me your title a third time.  I'm so
01:25:19 23     sorry.
01:25:19 24          A   Education and event manager.
01:25:21 25          Q   Are you education and event manager for all
```

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

| | | |
|---|---|---|
| 01:29:37 | 1 | comprise of? |
| 01:29:38 | 2 | A At the time, it was all of Arizona, New |
| 01:29:44 | 3 | Mexico, and Nevada. |
| 01:29:47 | 4 | Q Do you report to Charles Miller in that |
| 01:29:50 | 5 | role? |
| 01:29:50 | 6 | A Yes, that was the very brief time where I |
| 01:29:53 | 7 | reported to Charles. |
| 01:29:54 | 8 | Q Okay. Did you -- well, how often did you |
| 01:30:06 | 9 | encounter Daniel virtually before April of 2023 when |
| 01:30:12 | 10 | you met him in-person? |
| 01:30:14 | 11 | A We typically have team calls every Tuesday |
| 01:30:19 | 12 | and so I would typically see him on every Tuesday's |
| 01:30:24 | 13 | call. |
| 01:30:24 | 14 | Q Those calls were typically led by Nicole |
| 01:30:33 | 15 | Marr, is that right? |
| 01:30:34 | 16 | A Correct. |
| 01:30:35 | 17 | Q Charles Miller would also attend? |
| 01:30:39 | 18 | A Yes. |
| 01:30:40 | 19 | Q Do you know if Daniel reported to Charles |
| 01:30:43 | 20 | Miller during this period that we are talking about |
| 01:30:49 | 21 | right here? |
| 01:30:49 | 22 | A Yes. |
| 01:30:50 | 23 | Q Okay. During those calls, did Charles or |
| 01:31:01 | 24 | Nicole review the sales numbers for Daniel and other |
| 01:31:09 | 25 | account executives? |

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

01:32:38   1         Q   Did you continue to attend those weekly

01:32:40   2   calls after you were promoted?

01:32:51   3         A   Yes.

01:32:52   4         Q   So, now once you were promoted to education

01:33:01   5   and events manager, was there still a sales component

01:33:05   6   of your job?

01:33:05   7         A   Not as much, no.

01:33:07   8         Q   Okay.  So, let's just talk about the period

01:33:15   9   between when you first met Daniel or -- first

01:33:21   10   encountered Daniel virtually and up to the Las Vegas

01:33:28   11   FLC.  During that time, do you recall any -- do you

01:33:31   12   recall learning about any problems with Daniel's job

01:33:36   13   performance?

01:33:37   14         A   Yes.

01:33:39   15         Q   What problems do you recall?

01:33:42   16         A   Dishonesty.

01:33:44   17         Q   Can you explain that a little more, what

01:33:48   18   dishonesty?

01:33:49   19         A   Being that I was in charge of events, he

01:33:54   20   would often report inaccurate information to

01:34:00   21   overinflate his sales.

01:34:06   22         Q   Okay.  So, when were you first hired by

01:34:17   23   Stila?

01:34:17   24         A   Originally in 2014, I believe.

01:34:21   25         Q   Okay.  And then I think you said that you

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

01:34:24  1    came back after the pandemic, right?  And I think you

01:34:30  2    also said that Daniel was hired after the pandemic

01:34:34  3    before you were hired, right?

01:34:35  4        A    Yes.

01:34:36  5        Q    If my math is not far off, it sounds maybe

01:34:42  6    like you were hired back in around June of 2022?

01:34:46  7        A    That sounds about accurate, yes.

01:34:51  8        Q    Okay.  And did you encounter Daniel

01:34:57  9    virtually very shortly after you were hired back?

01:35:01  10       A    Yes.

01:35:04  11       Q    When do you recall first learning of any of

01:35:13  12   the dishonesty you described about Daniel?

01:35:16  13       A    It would have been once I was in my current

01:35:22  14   role.  And I can't say a specific date at the moment,

01:35:30  15   but I would --

01:35:33  16       Q    Well, I was going to ask if you could

01:35:35  17   estimate it, like how many months after the promotion

01:35:38  18   or something like that.

01:35:39  19       A    If I had to estimate it, I would estimate

01:35:42  20   six months in, there were discrepancies from store

01:35:48  21   reported sales versus what Daniel would report.

01:35:52  22       Q    Okay.  And, again, I'm trying to do my math,

01:35:57  23   but it's pretty close here.  So, do you -- as you sit

01:36:01  24   here, is your recollection that you found -- you

01:36:05  25   first found out about such dishonesty before or after

HALEY STANT
AUGUST 07, 2025                                                JOB NO. 1880123

| | | |
|---|---|---|
| 01:36:09 | 1 | the Las Vegas FLC? |
| 01:36:13 | 2 | A    I believe before. |
| 01:36:17 | 3 | Q    Can you estimate how long before?  Was it |
| 01:36:25 | 4 | weeks, months?  I'm sorry, I interrupted you.  Could |
| 01:36:29 | 5 | you say that again? |
| 01:36:29 | 6 | A    Unfortunately, no, I cannot. |
| 01:36:32 | 7 | Q    Do you know how many instances of such |
| 01:36:37 | 8 | dishonesty you found prior to -- well, no, okay. |
| 01:36:45 | 9 | That's a bad question, let me withdraw that. |
| 01:36:50 | 10 | How many instances of dishonesty would you |
| 01:36:54 | 11 | say you encountered in total with respect to Daniel? |
| 01:36:57 | 12 | A    A few. |
| 01:36:58 | 13 | Q    More than five? |
| 01:37:02 | 14 | A    About there, about that many. |
| 01:37:07 | 15 | Q    About five.  Okay.  And did you report the |
| 01:37:11 | 16 | these instances of dishonesty to anyone else? |
| 01:37:14 | 17 | A    Yes. |
| 01:37:15 | 18 | Q    To whom did you report them? |
| 01:37:19 | 19 | A    To my boss, Nicole Marr. |
| 01:37:22 | 20 | Q    Anyone else? |
| 01:37:23 | 21 | A    I'm sure I would have also looped in his |
| 01:37:30 | 22 | direct report, Charles Miller. |
| 01:37:32 | 23 | Q    Do you recall if you sent anything written |
| 01:37:38 | 24 | to either of them about any of these instances? |
| 01:37:40 | 25 | A    I do not recall. |

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

```
01:37:44   1          Q   Did you have some verbal conversations with
01:37:53   2   them?
01:37:53   3          A   Yes.
01:37:53   4          Q   Were those through a phone call or a video
01:37:58   5   conference or what was the medium?
01:38:01   6          A   I do not recall.
01:38:02   7          Q   Okay.
01:38:05   8          A   I cannot recall.
01:38:15   9          Q   Can you tell me about the first instance
01:38:24  10   that comes to mind for you?  What do you recall being
01:38:28  11   the first time that you encountered such dishonesty?
01:38:33  12          A   The first one that comes to my mind was
01:38:38  13   Daniel was promoted to get the Las Vegas market and
01:38:47  14   he went out there for an event and reported that he
01:38:53  15   made the goal and that was not accurate.  He did not
01:38:59  16   make the goal.  And that was the first time that I
01:39:04  17   remembered questioning his integrity and honesty.
01:39:11  18          Q   Do you recall what the goal was?
01:39:13  19          A   No.
01:39:15  20          Q   Do you recall how short he was of the goal?
01:39:19  21          A   I recall it was within a few hundred
01:39:24  22   dollars.
01:39:24  23          Q   I just want to make sure I'm understanding
01:39:32  24   correctly.  Are you saying that he was short by a few
01:39:35  25   hundred dollars?
```

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

```
01:39:36   1        A    But he reported that he made the goal.
01:39:39   2        Q    Got it.  Okay.  And how did you determine
01:39:43   3   that he was short?
01:39:44   4        A    We get weekly sales reports of the stores
01:39:49   5   totals.  I was also notified from his -- one of his
01:39:55   6   freelance employees that they did not make the goal
01:40:00   7   and that Daniel left early with his partner to go to
01:40:05   8   a show in Las Vegas.
01:40:07   9        Q    Do you recall who that freelancer was?
01:40:12  10        A    Her name is Colleen.
01:40:16  11        Q    Do you know Colleen's last name?
01:40:21  12        A    Connolly.
01:40:25  13        Q    Can you spell Colleen Connolly, to the best
01:40:31  14   of your ability?
01:40:32  15        A    Colleen is C-O-L-L-E-E-N.  And I believe her
01:40:45  16   last name is spelled C-O-N-N-O-L-L-Y.
01:40:50  17        Q    I'm a visual person as well and it helps me
01:40:56  18   to write things out like that.  Thank you.
01:41:04  19             I don't remember if I asked this.  Does
01:41:06  20   Colleen still work at Stila or for Stila?
01:41:12  21        A    No.
01:41:13  22        Q    How did Colleen tell you about -- that's a
01:41:22  23   badly phrased question.
01:41:24  24             Do you recall when Colleen first told you
01:41:27  25   that they didn't make the sales goal in Las Vegas?
```

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

01:41:34  1        A    I don't recall the specifics, but I would

01:41:38  2    assume within a few days of the event.

01:41:41  3        Q    As you sit here right now, do you remember

01:41:46  4    if that event was before or after the Las Vegas FLC?

01:41:50  5        A    I do not.

01:41:51  6        Q    No worries.  Did you call Colleen to

01:42:04  7    investigate the discrepancy or did Colleen bring it

01:42:09  8    to your attention?

01:42:10  9        A    I believe Colleen brought it to my attention

01:42:13  10   as Colleen had worked with me for years and was

01:42:17  11   familiar with my work ethic and my honesty and was

01:42:21  12   very disappointed to have worked with Daniel.

01:42:25  13       Q    She told you she was disappointed?

01:42:28  14       A    Yes.

01:42:29  15       Q    What disappointed her about working with

01:42:40  16   Daniel specifically?

01:42:41  17       A    That he failed to help her set up the event

01:42:46  18   as I normally would.  He failed to finish the event

01:42:51  19   and she was appalled at his dishonesty of reporting

01:42:55  20   that the two of them made the event goal when they,

01:42:58  21   in fact, did not.

01:42:59  22       Q    Were you surprised to receive this

01:43:16  23   information from Colleen?

01:43:17  24       A    Yes.  I expect all of our Stila employees to

01:43:27  25   be honest.

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

| | | |
|---|---|---|
| 01:48:18 | 1 | A    Correct. |
| 01:48:19 | 2 | Q    What is the next -- well, let me just ask |
| 01:48:30 | 3 | you just overall if you remember any other |
| 01:48:34 | 4 | information about this incident in Las Vegas that |
| 01:48:38 | 5 | Colleen told you about that you haven't already told |
| 01:48:41 | 6 | me about here? |
| 01:48:42 | 7 | A    Not that I can recall. |
| 01:48:44 | 8 | Q    Okay.  What's the next incident you recall |
| 01:48:49 | 9 | in which you found out about any type of dishonesty |
| 01:48:53 | 10 | from Daniel? |
| 01:48:53 | 11 | A    I don't have another specific instance in |
| 01:49:03 | 12 | mind, just in general, Daniel had a tendency to |
| 01:49:10 | 13 | exaggerate and I took many things that he said with a |
| 01:49:16 | 14 | grain of salt. |
| 01:49:18 | 15 | Q    Okay.  I think that -- if I understand |
| 01:49:23 | 16 | correctly, I think you're saying that you do remember |
| 01:49:28 | 17 | other incidences where he exaggerated, but not |
| 01:49:32 | 18 | necessarily other incidences of dishonesty, is that |
| 01:49:35 | 19 | fair? |
| 01:49:35 | 20 | A    No, I think there were also other instances |
| 01:49:38 | 21 | of dishonesty.  I just do not recall any other |
| 01:49:44 | 22 | specific instances besides the Las Vegas event as I |
| 01:49:49 | 23 | manage hundreds of events and I do not remember |
| 01:49:53 | 24 | details from years ago. |
| 01:49:54 | 25 | Q    Okay.  That's fair.  Do you remember any |

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

| | | |
|---|---|---|
| 01:49:59 | 1 | specific events or -- do you remember any specific |
| 01:50:03 | 2 | times when Daniel exaggerated that come to mind?  Can |
| 01:50:15 | 3 | I withdraw that question? |
| 01:50:17 | 4 | What other reasons can you think of for why |
| 01:50:24 | 5 | you always took what Daniel said with a grain of |
| 01:50:28 | 6 | salt? |
| 01:50:28 | 7 | A  I had some of his freelance field team.  I |
| 01:50:35 | 8 | know one specific, I do not recall her name, that was |
| 01:50:39 | 9 | upset with Daniel as a boss and reached out to me and |
| 01:50:46 | 10 | expressed her lack of respect for him for his |
| 01:50:52 | 11 | dishonesty and favoritism and a variety of things. |
| 01:51:01 | 12 | Q  Was this a freelancer? |
| 01:51:03 | 13 | A  Yes. |
| 01:51:03 | 14 | Q  I understand you don't remember this |
| 01:51:11 | 15 | person's name.  Was this freelancer a female as far |
| 01:51:17 | 16 | as you know? |
| 01:51:17 | 17 | A  Yes. |
| 01:51:18 | 18 | Q  Have you ever met her in-person, to the best |
| 01:51:24 | 19 | of your knowledge? |
| 01:51:25 | 20 | A  Not in-person. |
| 01:51:27 | 21 | Q  What about over a camera or virtually? |
| 01:51:31 | 22 | A  I typically train all of our freelance field |
| 01:51:35 | 23 | team, so at one point in time, I likely trained her. |
| 01:51:40 | 24 | Q  Do you remember what she looks like? |
| 01:51:42 | 25 | A  No. |

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

```
01:51:47   1         Q    And what type of favoritism did she tell you
01:51:50   2    about?
01:51:50   3         A    In terms of scheduling other artists that
01:51:57   4    were his personal friends that he would go out and
01:52:02   5    party, as she explained it to me, scheduled those
01:52:10   6    people hours and not her.
01:52:11   7         Q    That he would go out and party, I didn't
01:52:18   8    understand that.  Are you talking -- let me try here.
01:52:22   9              Are you saying that she told you that Daniel
01:52:26  10    assigned hours to people he partied with personally?
01:52:30  11         A    Yes, that was a big complaint.
01:52:37  12         Q    Did anyone other than this freelancer ever
01:52:43  13    make that type of complaint to you about Daniel?
01:52:45  14         A    I feel as though there was a second artist
01:52:48  15    that did as well, but I don't remember the specifics
01:52:55  16    of it.
01:52:57  17         Q    The first one, do you recall what store she
01:53:02  18    worked in?
01:53:03  19         A    We have 1,500 stores across the country and
01:53:10  20    we support roughly 400 of them, but it would have
01:53:14  21    been in his market, which was the L.A. and San Diego
01:53:19  22    market.
01:53:19  23         Q    Do you remember which one, L.A. or San
01:53:24  24    Diego?
01:53:24  25         A    I don't.
```

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

01:54:44  1        A    That is not for me to judge.  I am not

01:54:50  2    Daniel's boss.

01:54:51  3        Q    Fair enough, but I'm just asking, have you

01:54:54  4    ever been trained on Stila's employment policies?

01:54:57  5        A    Yes.

01:55:00  6        Q    You received a copy of the handbook?

01:55:02  7        A    Yes.

01:55:03  8        Q    You worked there for more than 10 years,

01:55:05  9    right?

01:55:06 10        A    Correct.

01:55:06 11        Q    So, based on your knowledge of Stila's

01:55:10 12    employment policies, in your opinion, was the

01:55:12 13    behavior that this freelancer told you about a

01:55:16 14    violation of any of it?

01:55:18 15        A    No, however, it would require some coaching.

01:55:24 16        Q    Okay.  I asked you a broad question before.

01:55:34 17    I will continue along that line.  Are there any other

01:55:39 18    instances you can think of for why you felt it was

01:55:42 19    appropriate to take what Daniel said with a grain of

01:55:46 20    salt other than what you've already mentioned here

01:55:49 21    today?

01:55:49 22        A    Nothing specific.  Daniel is a big talker

01:55:59 23    and liked to talk a big game.  And I think Daniel

01:56:04 24    could be good at his job from time to time and could

01:56:08 25    produce and do what was asked of him, however, I did

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

| | | |
|---|---|---|
| 01:56:18 | 1 | question his honesty. |
| 01:56:20 | 2 | Q   And other than what you've told us about |
| 01:56:28 | 3 | here today, is there anything else that comes to mind |
| 01:56:31 | 4 | for why you question his honesty? |
| 01:56:33 | 5 | A   Nothing else comes to mind years later, no. |
| 01:56:38 | 6 | Q   Okay.  And what do you mean by big talker? |
| 01:56:48 | 7 | A   Daniel likes to be the star of the show. |
| 01:56:56 | 8 | Q   Anything else? |
| 01:56:58 | 9 | A   Nothing specific, no. |
| 01:57:03 | 10 | Q   Is that common among -- with salespeople, |
| 01:57:13 | 11 | that type of quality? |
| 01:57:15 | 12 | A   Sometimes we do have very big personalities |
| 01:57:19 | 13 | in the sales world, yes, and specifically in the |
| 01:57:23 | 14 | cosmetic sales world, yes. |
| 01:57:25 | 15 | Q   Fair enough.  We talked a little bit about |
| 01:57:33 | 16 | this Las Vegas FLC.  And I believe you said you and |
| 01:57:37 | 17 | Daniel both attended that event in-person, right? |
| 01:57:42 | 18 | A   Correct. |
| 01:57:43 | 19 | Q   How many days were you in Las Vegas for the |
| 01:57:48 | 20 | event? |
| 01:57:48 | 21 | A   I don't recall specifically, but we would |
| 01:57:53 | 22 | have done a registration day, a setup day, an event |
| 01:58:01 | 23 | day.  I would assume we were there roughly four to |
| 01:58:05 | 24 | five days. |
| 01:58:07 | 25 | Q   Okay.  And, again, I'm not trying to be |

02:03:13  1    had, but I remember we were all there at the booth

02:03:20  2    setting up, and we all typically talked casually as

02:03:27  3    we were setting up.

02:03:28  4         Q    Do you recall Mr. Testa or Daniel saying

02:03:35  5    anything to each other that you would characterize as

02:03:38  6    flirty?

02:03:39  7         A    Yes.

02:03:39  8         Q    What do you recall?

02:03:41  9         A    I recall Daniel calling Mariano daddy many

02:03:48  10   times.

02:03:49  11        Q    You say many times.  How many -- more than

02:03:54  12   20 times?

02:03:55  13        A    No.

02:03:58  14        Q    More than five?

02:04:00  15        A    Throughout the week, yes.

02:04:02  16        Q    More than ten throughout the week?

02:04:06  17        A    I would say around ten times I heard that.

02:04:15  18        Q    Okay.  When you heard Daniel use the word

02:04:29  19   daddy with Mr. Testa, is your recollection that he

02:04:37  20   was calling Mr. Testa himself daddy?  Pardon me, that

02:04:43  21   was a bad question.

02:04:45  22             Was he calling Mr. Testa daddy or was he

02:04:49  23   referring to some other human as daddy, to the best

02:04:52  24   of your knowledge?

02:04:53  25        A    Daniel was referring to Mariano Testa as

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

02:04:58   1    daddy.

02:04:58   2        Q    Do you remember anything -- do you remember

02:05:01   3    any other specific thing he -- pardon me.

02:05:04   4        Do you remember any specific quotes of how

02:05:08   5    he used the word daddy that you heard?  I know it's a

02:05:15   6    long time ago.

02:05:15   7        A    Hey, daddy.

02:05:18   8        Q    He said, hey, daddy?

02:05:19   9        A    Yes.

02:05:20  10        Q    Like as if he was saying hi to Mr. Testa?

02:05:25  11        A    Yes.  He just replaced his name all weekend

02:05:34  12    or all week we were there with calling him daddy.

02:05:37  13        Q    And did you hear Daniel say anything else

02:05:40  14    besides daddy that you would classify as flirtacious?

02:05:47  15        A    Nothing specific besides that.

02:05:52  16        Q    What did -- and I know we -- you're

02:06:00  17    describing a number of times when he used the word

02:06:03  18    daddy.  How do you recall Mr. Testa responding to

02:06:08  19    Daniel's use of the word daddy?

02:06:10  20        A    I don't recall his response, but I do not

02:06:18  21    recall him responding negatively or positively, just

02:06:24  22    that was kind of Daniel being Daniel.

02:06:27  23        Q    Do you recall Mr. Testa asking Daniel not to

02:06:39  24    refer to him as daddy?

02:06:41  25        A    I do not recall that.

Exhibit 5, Page 115

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

| | | |
|---|---|---|
| 02:09:47 | 1 | Q   Did Mr. Testa say anything inappropriate -- |
| 02:09:54 | 2 | do you remember hearing Mr. Testa say anything |
| 02:09:58 | 3 | inappropriate to Daniel at the Vegas FLC? |
| 02:10:03 | 4 | A   I did not, no. |
| 02:10:04 | 5 | Q   Daniel told you about an incident where |
| 02:10:06 | 6 | Mr. Testa had behaved inappropriately with him, |
| 02:10:11 | 7 | though, is that correct? |
| 02:10:12 | 8 | A   At some juncture in the Las Vegas trip, I |
| 02:10:20 | 9 | believe in the early first couple of days, Daniel had |
| 02:10:23 | 10 | leaned over to me and whispered in my ear that at the |
| 02:10:29 | 11 | previous FLC in San Antonio in 2022, Daniel had |
| 02:10:36 | 12 | whispered in my ear as a brag or as a gossip that |
| 02:10:44 | 13 | Mariano had invited him to his room the previous |
| 02:10:48 | 14 | year. |
| 02:10:53 | 15 | Q   But you didn't work for Stila at the time of |
| 02:10:57 | 16 | the San Antonio FLC, right? |
| 02:11:01 | 17 | A   I was hired shortly thereafter. |
| 02:11:04 | 18 | Q   Did you witness Daniel speak with anyone |
| 02:11:17 | 19 | else about any behavior that he alleged Mr. Testa had |
| 02:11:28 | 20 | directed towards him? |
| 02:11:29 | 21 | MS. STRIKE:  Objection.  Vague. |
| 02:11:32 | 22 | BY MR. GUHA: |
| 02:11:33 | 23 | Q   I can ask a better question.  Did you |
| 02:11:36 | 24 | witness Daniel speak to any other Stila employee |
| 02:11:41 | 25 | about any behavior that he alleged -- any |

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

```
02:37:19   1    BY MS. STRIKE:
02:37:19   2        Q    Thank you.  I do just have a few questions
02:37:26   3    that I would like to pose too.  Ms. Stant, did you
02:37:33   4    consider Daniel's comment to you at the 2023 FLC
02:37:37   5    conference regarding Mariano allegedly inviting him
02:37:42   6    up to his room during the 2022 FLC conference to be a
02:37:47   7    complaint?
02:37:47   8        A    No, I did not.
02:37:48   9        Q    Did you witness anything during the
02:37:52  10    interactions between Daniel and Mariano during the
02:37:56  11    four to five days that you were at the 2023 FLC
02:38:00  12    conference where Daniel appeared to be uncomfortable?
02:38:04  13        A    No.
02:38:07  14            MS. STRIKE:  I have no further questions.
02:38:10  15            MR. GUHA:  Okay.
02:38:11  16            THE VIDEOGRAPHER:  Thank you, Counsel.  If
02:38:15  17    we have no further questions, I will go ahead and
02:38:18  18    take orders quickly and then I'll take us off the
02:38:22  19    record.  Ms. Strike, would you like a copy of the
02:38:24  20    transcript or the video?
02:38:25  21            MS. STRIKE:  Yes, we would like both,
02:38:27  22    please, and we would like them to be synced.
02:38:30  23            THE VIDEOGRAPHER:  Perfect.  So, we've got
02:38:30  24    text to video sync.  And then for the transcript, I
02:38:34  25    believe you had mentioned earlier that you needed
```

HALEY STANT
AUGUST 07, 2025

JOB NO. 1880123

1   CERTIFICATE OF SHORTHAND REPORTER/NOTARY PUBLIC

2         I, Danielle Krautkramer, Certified Court

3   Reporter, the officer before whom the foregoing

4   proceedings were taken, do hereby certify that the

5   foregoing transcript is a true and correct record of

6   the proceedings; that said proceedings were taken by

7   me stenographically and thereafter reduced to

8   typewriting under my supervision; that reading and

9   signing was requested; and that I am neither counsel

10   for, related to, nor employed by any of the parties

11   to this case and have no interest, financial or

12   otherwise, in its outcome.

13       Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review of

16   the transcript was requested.

17      IN WITNESS WHEREOF, I have hereunto set my

18   hand and affixed my notarial seal this 8th day of

19   August 2025.

20   Notary Registration Number:  103807

21   My Commission Expires:

22   August 31, 2028

23   _Danielle Krautkramer_

24   NOTARY PUBLIC IN AND FOR

25   THE COMMONWEALTH OF VIRGINIA