# Exhibit 6

Sales and Artistry Executive
Southern California

801 N Brand Blvd, Suite 500
Glendale, CA 91203
C: 310.894.2602
STILACOSMETICS.COM



---

**From:** Nicole Marr <nmarr@stilacosmetics.com>
**Sent:** Friday, October 27, 2023 11:53:10 AM
**To:** Daniel Medina <dmedina@stilacosmetics.com>
**Cc:** Charles Miller <CMiller@stilacosmetics.com>; Karen Tuey <ktuey@stilacosmetics.com>
**Subject:** T-mobile charge

Hi Daniel,

We have received your request for reimbursement for the iPhone you purchased back in April. Last we spoke on this topic we had requested either (1) a screenshot of the actual bill or (2) a screenshot of your visa ending in 3771 with the charge and the date. Unfortunately, the attached pdf submitted does not align with any of the other T-mobile bills we receive from employee's for reimbursement. Again, we have no issues reimbursing you but we need the proper back up for our files.

Thank you,

**NICOLE MARR**
VP of Field Sales, Education & Events
801 N Brand Blvd, Suite 910
Glendale, CA 91203
C: 661.877.5600
WWW.STILACOSMETICS.COM

Wednesday, December 6, 2023 at 13:24:35 Pacific Standard Time

| | |
|---|---|
| **Subject:** | Fwd: Exempt employees |
| **Date:** | Friday, October 27, 2023 at 4:00:25 PM Pacific Daylight Time |
| **From:** | Daniel Medina <dmedina@stilacosmetics.com> |
| **To:** | melissa@ylflaw.net <melissa@ylflaw.net> |
| **Attachments:** | image001.png |

**DANIEL MEDINA**
Sales and Artistry Executive
Southern California

801 N Brand Blvd, Suite 500
Glendale, CA 91203
C: 310.894.2602
STILACOSMETICS.COM



---

**From:** Daniel Medina <dmedina@stilacosmetics.com>
**Sent:** Thursday, July 20, 2023 12:39 PM
**To:** Karen Tuey <ktuey@stilacosmetics.com>
**Subject:** Re: Exempt employees

Will do, thank you.

**DANIEL MEDINA**
Sales and Artistry Executive
Southern California

801 N Brand Blvd, Suite 500
Glendale, CA 91203
C: 310.894.2602
STILACOSMETICS.COM



---

**From:** Karen Tuey <ktuey@stilacosmetics.com>
**Sent:** Thursday, July 20, 2023 12:38:38 PM
**To:** Daniel Medina <dmedina@stilacosmetics.com>
**Subject:** RE: Exempt employees

Hi Daniel,
Please give me a call to discuss when you have a chance.

Thank you

K A R E N  T U E Y
Controller
Stila Cosmetics
801 N. Brand Blvd. Suite 910
Glendale, CA 91203
O: 818 -459 -8032
C: 323-397-3828

stila

www.stilacosmetics.com

**From:** Daniel Medina <dmedina@stilacosmetics.com>
**Sent:** Wednesday, July 19, 2023 1:44 PM
**To:** Karen Tuey <ktuey@stilacosmetics.com>
**Subject:** Re: Exempt employees

Sounds good, thank you.

DANIEL MEDINA
Sales and Artistry Executive
Southern California

801 N Brand Blvd, Suite 500
Glendale, CA 91203
C: 310.894.2602
STILACOSMETICS.COM



**From:** Karen Tuey <ktuey@stilacosmetics.com>
**Sent:** Wednesday, July 19, 2023 12:46:01 PM
**To:** Daniel Medina <dmedina@stilacosmetics.com>
**Subject:** RE: Exempt employees

Hi Daniel,
Thank you for bringing this up. I will double check with ADP and circle back with you.

K A R E N  T U E Y
Controller
Stila Cosmetics
801 N. Brand Blvd. Suite 910
Glendale, CA 91203
O: 818 -459 -8032
C: 323-397-3828

stila

www.stilacosmetics.com

**From:** Daniel Medina <dmedina@stilacosmetics.com>
**Sent:** Tuesday, July 18, 2023 4:27 PM
**To:** Karen Tuey <ktuey@stilacosmetics.com>
**Subject:** Exempt employees

Hi Karen,

I had a question about being an exempt employee in California . It looks like things changed on January 1st, 2023. Do you know anything about this?

DANIEL MEDINA
Sales and Artistry Executive
Southern California

801 N Brand Blvd, Suite 500
Glendale, CA 91203
C: 310.894.2602
STILACOSMETICS.COM

Wednesday, December 6, 2023 at 13:24:35 Pacific Standard Time

MEDINA000003   8 of 19

Exhibit 6, Page 121