# Exhibit 7



**EMPLOYEE**
**PERFORMANCE IMPROVEMENT PLAN**
*Confidential*

TO:  Daniel Medina; Sales and Artistry Executive

FROM: Charles Miller; Regional Director

ELT: Nicole Marr; VP Sales and Education

DATE: October 24, 2023

RE: Performance Improvement Plan

During the last 60 days, it has been determined that your work performance is below the acceptable standards expected of a Sales and Artistry Executive. At the completion of last month's review, areas requiring improvement were discussed with you. However, as of today, I have not observed improvement in your work performance. Stila Styles, LLC values you as an employee and desires to see you improve in these areas.

Therefore, you are being placed on a 30-day probation improvement period where your work will be closely monitored and evaluated. The purpose and intent of this Performance Improvement Plan is to define areas of serious concern and /or deficiencies within your work performance, recap Stila Styles LLC's expectations, and provide you with the opportunity to demonstrate improvement and commitment.

*Areas of Concern and or Deficiency*

Business Acumen
Compliance
Time Management
Communication with ELT
Personal Scheduling & Time worked
Adhering to Budget
Misuse of Expenses


*Previous Meetings / Discussions and Observations Made*

Daniel has been coached through verbal and written email exchanges only to see minimal improvement. Held meetings to help enhance his knowledge of understating of an executive responsibility.


*Improvement Goals*

It is our duty to provide Daniel with the proper tools and resources to help ensure a successful outcome. The plans' purpose is to develop Daniels strengths to his greatest level of talent and competency, achievement, and greater potential.

**STILA_000190**

Exhibit 7, Page 123

Daniel Medina shall have a review with Charles Miller 30 days from today to discuss progress achieved. The 30-day review is scheduled for November 23, 2023.

If at any time during the probationary period you should encounter a concern or roadblock in achieving the above-mentioned improvement goals, it shall be your responsibility to come to me, explain your issues and seek assistance to rectify the issue impeding our progress.

Throughout the duration of the probationary period, should you fail to make necessary outlined improvements to our work performance, Stila Styles LLC may take one or more of the following corrective disciplinary actions.

- Revise or extend current performance improvement plan
- Provide Verbal Warning
- Provide Written Warning
- Provide Letter of Expectations
- Extend Probationary Period
- Terminate Employment

Acknowledgement of Receipt:

By signing this document, I acknowledge the discussion with Charles Miller, Regional Director, regarding the aforementioned performance issues and concerns and thus agree to participate in this Performance Improvement Plan.

_____        _____

*Employee Signature*                                                                                *Supervisor Signature*

_____        _____

*Date*                                                                                                     *Date*