# Exhibit 8



**Archived:** Wednesday, October 23, 2024 3:40:33 PM
**From:** Nicole Marr
**Sent:** Mon, 26 Feb 2024 22:59:19
**To:** Charles Miller
**Subject:** FW: Daniel Medina
**Importance:** Normal
**Sensitivity:** None

Thank you,

**NICOLE MARR**

**From:** Nicole Marr <nmarr@stilacosmetics.com>
**Date:** Wednesday, November 29, 2023 at 1:10 PM
**To:** Karen Tuey <ktuey@stilacosmetics.com>
**Subject:** Daniel Medina

- Burbank location

    - 2 artists in one location
    - Daniel not in store but on his schedule – not sure where he was?
    - Artist Kamron trained Tori – artist should not be training artist
    - Should not have two artists in one location – misuse of payroll

- 9/29 – Sherman Oaks location

    - Nicole showed up at 11am – no Daniel
    - Two artists one in one location again – misuse of payroll
    - Daniel scheduled but not there

- 11/18 – Cerritos location

    - Emailed Nicole 11/19 reporting personal sales of $600 / store reports only have entire week at $400
    - Nicole called Cerritos location – no Daniel in store and not signed into log
    - Store reported Julia and Ally in store
    - Nicole called Julia who reported that yes, she was in store with Ally and no, Daniel was not in store
    - Daniel was questioned on email about being in the store and he confirmed again that he was and it was a slow day
    - Daniel submitted reimbursement for mileage for this store – as of today Daniel changed his schedule stating he was in store early but left for an emergency but finished his day in a different store. None of this was shared in his recap to Charles and myself even after prompting the discussion about where he was and his reported sales did not add up

- 11/25- Seal Beach location

    - Nicole called store at 1230pm. No Daniel in store or anyone from Stila
    - Daniel was scheduled from 10-4pm
    - Charles requested a mid-day read from team and Daniel reported $279 at this store
    - Nicole texted Daniel and Charles asking Daniel where he was…he said Seal Beach. Nicole shared that she called the

STILA_000200

Exhibit 8, Page 126

- store and he was not there
  - Daniel texted a picture of the vendor log but had cropped the image to only show his sign in. Not proof that he was in store when he was supposed to be there (attached)



**NICOLE MARR**

VP OF FIELD SALES, EDUCATION & EVENTS

801 N Brand Blvd, Suite 910, Glendale, CA 91203

C: 661.877.5600

www.stilacosmetics.com

STILA_000201

Exhibit 8, Page 127