# Exhibit 9



From: **Karen Tuey** <ktuey@stilacosmetics.com>
Date: Mon, Dec 4, 2023 at 11:45 AM
Subject: Conversation 12.4.23
To: DAN.LIKEME@GMAIL.COM <DAN.LIKEME@gmail.com>

Hi Daniel,
Per our conversation, Stila will process a direct deposit Weds 12/6 for $1800 for the 9months of backpay that is due.

Please advise your agreement so we can process this amount due you.

| **Daniel Medina** | | | | |
|---|---|---|---|---|
| | Annual | Semi Monthly | | |
| California Salary Requiremet | 62,400.00 | 2,600.00 | | |
| Hire: 4/12/22 | 60,000.00 | 2,500.00 | | |
| | | 100.00 | Difference each check | |

If you have any questions, please feel free to let me know.

Thank you

**KAREN TUEY**
CONTROLLER
801 N BRAND BLVD. Suite910, Glendale, CA 91203
O. 818.459.8032 | C: 323-397.3828
www.stilacosmetics.com

stila