THOMPSON COBURN LLP
JOHN L. VIOLA, CSB 131407
jviola@thompsoncoburn.com
CARA A. STRIKE, CSB 344467
cstrike@thompsoncoburn.com
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

THOMPSON COBURN LLP
CHARLES M. POPLSTEIN (*pro hac vice*)
cpoplstein@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6095 / Fax: 314.552.7095

Attorneys for Defendant
STILA STYLES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEDINA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STILA STYLES, LLC, a Delaware limited liability company; MARIANO TESTA, an individual; and Does 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-06340-FLA-RAO<br><br>**DECLARATION OF CHARLES M. POPLSTEIN IN SUPPORT OF DEFENDANT STILA STYLES, LLC'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Date:  September 19, 2025<br>Time:  1:30 p.m.<br>Place: Courtroom 9B |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8219876

1

DECLARATION OF CHARLES M. POPLSTEIN

## DECLARATION OF CHARLES M. POPLSTEIN

I, Charles M. Poplstein, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Thompson Coburn LLP, attorney of record for Defendant Stila Styles, LLC ("Defendant"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant's Motion for Summary Judgment or alternatively, Partial Summary Judgment.

2. On May 27, 2025 I took the deposition of Plaintiff, Daniel Medina. A true and correct copy of the relevant excerpts from Plaintiff's deposition are attached as **Exhibit 10**.

3. On July 1, 2025, I attended the deposition of Malgorzata Krzeptowska. A true and correct copy of the relevant excerpts from Ms. Krzeptowska's deposition are attached as **Exhibit 11**.

4. On July 24, 2025, I attended the deposition of Mariano Testa. A true and correct copy of the relevant excerpts from Mr. Testa's deposition are attached as **Exhibit 12**.

5. On August 5, 2025, I attended the deposition of Elizabeth Jensen. A true and correct copy of the relevant excerpts from Ms. Jensen's deposition are attached as **Exhibit 13**.

6. On August 8, 2025, I attended the deposition of Michelle Kluz. A true and correct copy of the relevant excerpts from Ms. Kluz's deposition are attached as **Exhibit 14**.

7. Attached hereto as **Exhibit 15**, is a true and correct copy of Plaintiff Daniel Medina's offer letter for his Sales & Artistry Executive role with Defendant, which Mr. Medina authenticated in his deposition at 61:5-16.

8. Attached hereto as **Exhibit 16**, is a true and correct copy of Defendant's Policy Against Harassment, electronically signed by Mr. Medina on April 12, 2022, which Mr. Medina authenticated in his deposition at 117:4-20.

9. Attached hereto as **Exhibit 17**, is a true and correct copy of an Acknowledgement and Agreement that Mr. Medina received a copy of and would adhere to Defendant's *Employee Handbook*, signed by Mr. Medina on April 12, 2022 which Mr. Medina authenticated in his deposition at 121:15-122:1.

10. Attached hereto as **Exhibit 18**, is a true and correct copy of a Training Certificate of Completion regarding Workplace Sexual Harassment Awareness Training for Non-Supervisors, completed by Mr. Medina on June 9, 2022, which Mr. Medina authenticated in his deposition at 119:14-120:16.

11. Attached hereto as **Exhibit 19**, is a true and correct copy of an email exchange between Karen Tuey and Daniel Medina between July 20, 2023 through July 21, 2023, with the subject line "Retro pay," regarding Mr. Medina's 2023 backpay, authenticated by Mr. Medina in his deposition at 159:20-160:12.

12. Attached hereto as **Exhibit 20**, is a true and correct copy of an email thread including an email sent by Nicole Marr to the Stila Field Representatives, including Daniel Medina on November 13, 2023, regarding the requirement for all of Defendant's employees to sign in and out of the Ulta Vendor Log. This email thread includes Mr. Medina's response on November 14, 2023. Mr. Medina authenticated this email thread in his deposition at 173:25-174:12.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of August, 2025, at St. Louis, Missouri.

*/s/ Charles M. Poplstein*
CHARLES M. POPLSTEIN

8219876

3

DECLARATION OF CHARLES M. POPLSTEIN

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067.

On August 15, 2025, I served true copies of the following document(s) described as **DECLARATION OF CHARLES M. POPLSTEIN IN SUPPORT OF DEFENDANT STILA STYLES, LLC'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Ranojoy Guha<br>EMPLOYEE CIVIL RIGHTS GROUP<br>3415 S. Sepulveda Boulevard, Suite 1100<br>Los Angeles, CA 90034<br>(310) 598-1524<br>raj@employeecivilrightsgroup.com<br>raj@guhalaw.com<br>alexa@employeecivilrightsgroup.com | Attorneys for Plaintiff DANIEL MEDINA |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2025, at Los Angeles, California.

_Catherine C. Mamayson_
Catherine C. Mamayson

8219876

PROOF OF SERVICE