# Exhibit 11

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                    CASE NO.:  2:24-cv-06340-FLA-RAO

 4
     DANIEL MEDINA, an individual,
 5
          Plaintiff,
 6
     v.
 7
     STILA STYLES, LLC, a Delaware limited
 8   Liability company; MAGGIE
     KRZEPTOWSKA, an individual; and
 9   Does 1-25, inclusive,

10        Defendants.
     _____/
11

12
                 REMOTE VIDEO DEPOSITION OF
13                  MALGORZATA KRZEPTOWSKA
                 (Noticed as Maggie Krzeptowska)
14
                    Tuesday, July 1, 2025
15                 9:37 a.m. - 12:15 p.m. PT

16

17

18

19

20

21

22

23

24

25            Stenographically Reported By:
                      SUSAN MULLEN
```

```
 1      Q    Okay.  So how long after you were hired, did you
 2   meet Daniel for the first time?
 3      A    I would say about a year.  I don't know the
 4   exact amount of time because it was so many years ago,
 5   but I remember meeting him in person at an Ulta
 6   Conference at the airport was the first time I ever met
 7   him in person.
 8      Q    What city was that?
 9      A    And those happen in April, so I was employed in
10   October, so I met him in April -- sometime in April.
11      Q    Thank you.  Do you remember April of what year?
12      A    It would have to be -- well, I don't want to say
13   it would have to be because, then I'm guessing -- so I
14   do not know, yeah, I don't want to guess the year.
15      Q    Thank you.  Yeah. That's perfect.
16      A    If I can say I didn't come prepared with the
17   dates, I just came prepared with the information.  So I
18   don't want to give the wrong date of --
19      Q    No.  That's fine.
20      A    -- yeah.
21      Q    And I -- thank you for, you know, and I just
22   want to reassure you that, of course, nobody expects
23   you to have, like, perfect dates, but I'm still going
24   to ask and then, you know, if you say I'm not sure,
25   that's perfect.  We can just move on, you know, but...
```

1   Jensen, and Daniel were the three sales and artistry
2   executives on these Zoom meetings?
3       A    Yes.
4       Q    And -- thank you very much -- and what, to the
5   best of your knowledge at this time, what was Charles
6   Miller's title?
7       A    Regional director, same as Lidia.
8       Q    Got it.  And Nicole Marr was the vice president
9   I think you said, right?
10      A    Yes, that's correct.
11      Q    All right.  So Nicole was the senior Stila
12  employee on those Zoom meetings?
13      A    Yes.  And then Charles and Lidia, and then
14  reporting to Lidia is my -- was myself and still
15  currently is, and then Daniel and Elizabeth reported to
16  Charles.
17      Q    Thank you.  Okay.  Perfect.  Thank you so much.
18  Now, what, broadly speaking, was the subject of these
19  Zoom meetings, what was discussed?
20      A    Sales, which stores had what goals coming up,
21  you know, in the months ahead of us, any launches, any
22  product launches that we have coming up, any events
23  that we had planned, so either our sales results from
24  the weeks before, end-of-month results and then going
25  forward, what are we looking ahead of us, you know,

1    ==what are the goals that we're looking at ahead, what==
2    ==are we in charge of to make sure that we protect, and==
3    ==then any -- they call them housekeeping -- so Nicole==
4    ==would say any housekeeping things that she would share==
5    ==with us, you know, things that we -- if we have a==
6    ==holiday off coming up, if we have anything we need to==
7    ==do that, you know, she would let us know.==
8         Q    Perfect.  Thank you.
9         A    Oh, and I should also -- as a company where we
10   stand, you know, our sales as a company as well.
11        Q    Anything else before we move on?
12        A    No.
13        Q    Okay.  Thank you.  That's very thorough.
14        A    Yes.
15        Q    So -- all right.  All right.  So the -- and now
16   at the conference, were -- did Stila have, like, a
17   booth, or what was the setup where you guys worked the
18   conference?
19        A    Yeah.  So sometimes the company pays for an
20   extra day, so that year, for example, Stila paid extra
21   to be able to have the introduction set up, so it was
22   when registration occurs when all of the Ulta employees
23   register, so you pay extra to be able to have that
24   visibility there, so that was set up day one.  And then
25   you tear down --

1    he knew that that was a mistake that he said it, but I
2    didn't feel it was necessary to take the next steps.
3         Q   Okay.  Got it.  All right.  Thank you.  Let's
4    see -- have you ever heard anyone talk about Mr. Testa
5    making advances towards anyone other than you or Daniel
6    or Elizabeth -- other than anyone I've asked you about
7    already, have you ever heard of him making any
8    inappropriate advances or comments to anyone else who
9    works for Stila?
10        A   So the only comment that I heard was from Daniel
11   saying that Mr. Testa invited him to his hotel room the
12   year prior to.
13        Q   Okay.
14        A   And he said that in front of myself and
15   Elizabeth.
16        Q   Did he tell you that before or after the
17   incident with Mr. Testa you just told us about?
18        A   Before.
19        Q   Was it the same day as when Mr. Testa said that
20   to you?
21        A   I do not recall if it was that day or the day
22   after.  I know -- I know it was definitely brought up
23   at registration.  I remember him speaking while we were
24   opening up boxes, setting up banners, that's where he
25   made the comment.  So the dinner would have had to have

1  happened after, of course, because we went straight
2  from the airport to the hotel to registration, so...
3      Q   Got it.  Okay.  That makes sense.  And, again,
4  it's fine if you don't remember exactly, but I'll just
5  ask, do you remember exactly what Daniel told you at
6  the table like the words he used?
7      A   Yeah.  So he referred -- yes.  He referred to
8  Mr. Testa as "Daddy," I'm not sure why, but he would --
9  he basically said, oh Daddy invited me back to his
10 hotel room last conference.  And then Elizabeth and I
11 were like oh my goodness, of course, like, deer in
12 headlights, we were, you know, shocked by that comment.
13     Q   Did Daniel -- did Daniel seem to indicate that
14 when Mr. Testa invited him that he did not welcome that
15 advance, or did he make any commentary --
16         MR. POPLSTEIN:  Objection to form.  Objection
17    to form.  Lack of foundation.
18         MR. GUHA:  Yeah.  Let me ask a better question.
19 BY MR. GUHA:
20     Q   The -- did Daniel say whether or not he was
21 offended by Mr. Testa's request?
22         MR. POPLSTEIN:  You may answer.
23         THE WITNESS:  I took it as he thought it was a
24    compliment, like, he was -- he was saying it as it
25    made him feel better about him -- like, it made him

```
 1      -- he felt better -- like saying the comment that we
 2      would feel like he was, like, a bigger person, you
 3      know, because that comment was made.  Like a
 4      compliment as somebody wants to say something like
 5      that to him.
 6   BY MR. GUHA:
 7      Q    He found it flattering that --
 8      A    Found it flattering, yes.  Yes.
 9      Q    Got it.  Okay.  Did he say that he found it
10   flattering, or did it seem to you like he found it
11   flattering?
12      A    It seemed to me.
13      Q    Okay.  Good.  Good.  Thank you.  And -- all
14   right.  And you answered my other question.
15           So Daniel was the only other person that you
16   ever heard about Mr. Testa saying or do anything
17   appropriate [sic] with, right?
18      A    Correct.
19           MR. GUHA:  Okay.  Got it.
20           MR. POPLSTEIN:  Objection to form.
21           MR. GUHA:  Okay. No problem.  All right.
22   We're at 10:25.  Let's take a break and come back at
23   10:35.
24           MR. POPLSTEIN:  Okay.
25           THE VIDEOGRAPHER:  All righty.  We're now off
```

1   in 2024 to attend New York Fashion Week, was the -- the

2   criteria that you discussed, that was explained to you

3   in the period leading up to New York Fashion Week in

4   2024?

5       A   Yes, that's correct.

6       Q   Was that same criteria at all discussed in 2023?

7       A   Yes, that's correct.

8       Q   Okay.  Was there -- was there any sales contest

9   at all of, in 2023, as to who would attend New York

10  Fashion Week?

11      A   Not that I was aware of.

12      Q   That was never communicated in any of those

13  meetings?

14      A   Never.

15      Q   Over and above what you testified about before,

16  about the way Mr. Medina might speak to Nicole Marr in

17  a dismissive way, do you recall any other instances

18  where that might have occurred during these phone

19  calls?  If you don't, that's fine.

20      A   Yeah.  I just remember multiple times.  I can't

21  recall exactly how it was said, but I just know the

22  type of person he was and the way he would say things,

23  I felt like he was very dismissive, yeah, to Charles

24  and to Nicole.

25      Q   Do you recall any other examples of how he would

1   A   He would just say that Mr. Miller requests more
2   documents, that he believes that he requests more
3   things out of his team than Lidia does, but we don't
4   know exactly what that is because I don't know what he
5   requests of them, and we were very much a separate
6   team, and we didn't communicate what either supervisor
7   needed.  They kept that very separate.
8   Q   Did Ms. Jensen have any similar questions or
9   comments about Mr. Miller?
10  A   Yes.  So she had called me one morning asking me
11  to help her pull images that were graphics that we
12  needed for events, and she felt unclear on how to do
13  that, and so she had reached out to me one morning, and
14  that was the first time I ever spoke with her off a
15  Zoom call.  And she said can you please help me?  I
16  feel very nervous.  I don't know what to do.  I don't
17  know how to pull this.  And I said sure I can help you,
18  but are you communicating this with your supervisor to
19  make sure I'm not stepping on anybody's toes?  And she
20  said she was scared to go to Charles about it, and I
21  said, well, that's part of your job, you should be able
22  ask questions if there's something you need help with.
23      So I had showed her how to pull the documents,
24  and then that was all I knew.
25  Q   So when you were with Mr. Medina at the

```
 1  registration table, or in the registration area in 2023
 2  with Las Vegas, you mentioned that there was a
 3  situation where he referred to Mr. Testa as Daddy.
 4      A   Yes.
 5      Q   Was that the only time you ever heard him make
 6  that reference?
 7      A   So he spoke -- he said that several times
 8  throughout the day, so he would just say, oh, there's
 9  Daddy, oh, look at Daddy, like every time he would walk
10  by the table, you know, he was there for a short time,
11  but every time he circled the table, he would refer to
12  him as Daddy, and he did mention that he was very good
13  looking.  This was all leading up to before I met Mr.
14  Testa in person, I had no idea -- this was my first
15  time ever meeting him, so he had mentioned that he's
16  very good looking.  He felt that he was very good
17  looking and attractive, and that he referred to him as
18  Daddy.
19      Q   Over and above the situation where Mr. Medina
20  made some comment that he felt was kind of compliment
21  himself about having been invited by Mr. Testa
22  reportedly to his hotel room or whatever, were there
23  any other situations where you felt that Mr. Medina was
24  bragging about himself?
25      A   Yes.  So I took it as he was taking it as a
```

1    ==compliment and bragging about the fact that he invited==
2    ==him back to the hotel.  I didn't feel like at any point==
3    ==that he was uncomfortable or felt like he was put in a==
4    ==situation that he felt uncomfortable.  He never made it==
5    ==into a negative conversation when he was speaking about==
6    ==it, it was more so bragging about it.  Never did I feel==
7    ==that he was in a situation where I felt that he felt==
8    ==uncomfortable as my coworker.==
9    Q    Were there other instances during Zoom calls and
10   the like where you felt that Mr. Medina was making any
11   comments that were designed to kind of brag about
12   himself to make him look better?
13   A    Yes.  I feel like his personality and the person
14   that he is, he likes to be the center of attention and
15   speak about himself and designer labels, and, you know,
16   what kind of car he drives.  I felt like every time I
17   did speak with him, it was something with regards to
18   designer, nice car, you know, things like that.  And
19   then there was an off-topic, very weird situation where
20   he had called me -- sent me a text message out of the
21   blue, and very odd, but he asked me for $50 for gas
22   money, and so I felt very -- I just responded with I
23   have two little kids, you know, a family to support, so
24   I don't have any extra money to give to people, and
25   then he never talked about it again.  So --

1   was exchanged.
2       Q    Okay.  Was there -- did you see anything
3   inappropriate by Mr. Testa at that point in time
4   towards Mr. Medina?
5       A    I did not.
6       Q    About how long did that conversation last, as
7   best as you can recall?
8       A    A couple minutes, yeah.  Very quick.  Very
9   quick.  And then we were with -- we went into the cab,
10  and then the whole cab ride he was just saying how he
11  felt sad and this person said something so horrible to
12  him, and he just feels terrible, and he wants to go
13  back to the hotel room, and we should have never gone
14  to that bar, and that was all he said.
15      Q    Now, I just want to make sure because there was
16  some -- there's always these issue with dates, I know
17  you have -- you fly in -- I'm trying to figure out how
18  you count the five days.
19      A    Yes.
20      Q    Okay.  So you fly in the first day and go to
21  registration, that's day one.
22      A    Day one.
23      Q    Day two is what?
24      A    Day two would be setup.
25      Q    Do you tear down then, or is it --

1   Q   Prior to the Ulta event in 2023, had you ever
2   met Mr. Testa?
3   A   Never.  Only on Zoom calls, if he was on there,
4   I'm not sure, you know, if it's a company Zoom call, I
5   don't know how many hundred people are on there, he may
6   have been on the Zoom calls, I don't know, but that was
7   my first time ever meeting him in person.
8   Q   And then the times you saw him at the Ulta
9   event, approximately how often was he still in, like,
10  the booths or the setup time, or, like, relatively to
11  what you-all were doing there?
12  A   Maybe 20 to 25 minutes.  It could have meant he
13  was still working.  I'm not sure what his job entailed,
14  but being next to us at the booth, I want to say, like,
15  20 to 25 minutes.  It was very short considering the
16  amount of time we were there.  It was very brief.
17  Q   Given the times that Mr. Testa was present while
18  you were there, did you ever observe him engaged in any
19  conduct towards Mr. Medina that you considered
20  inappropriate?
21  A   Not at all.
22  Q   Did you ever see him engage in any kind of
23  comment that you thought was type of sexual harassment?
24  A   No.
25  Q   Did you ever hear of him say anything or make

```
 1   any gestures towards Mr. Medina that you felt were
 2   inappropriate?
 3       A    I did not.  I did not see any of that.
 4       Q    Did Mr. Medina ever tell you that Mr. Testa had
 5   sexually harassed him?
 6       A    No, he did not.
 7       Q    Did Mr. Medina ever tell you that Mr. Testa
 8   sexually assaulted him?
 9       A    Never, no.
10       Q    Did he ever tell you that Mr. Medina [sic] had
11   put a wooden pole between his legs and wiggled it back
12   and forth and made some type of a comment?
13       A    No.
14       Q    Did you ever observe anything like that?
15       A    I did not.
16       Q    When -- before Mr. Testa arrived at the Ulta
17   Conference and Mr. Medina was speaking about him, was
18   he talking about it in a negative or a positive way?
19       A    I felt like it was a positive way.  I took it as
20   he was -- he was speaking highly of, like, as a
21   compliment, like, someone's inviting him back to the
22   hotel.  It was never in light of negative where I felt
23   like he felt, you know, that he was put in a situation
24   that was uncomfortable.  It was never in a negative
25   light at all.
```

```
 1      Q   Did you ever see Mr. Medina engage in any way
 2   that you would say that he was uncomfortable being
 3   around Mr. Testa?
 4      A   No, I did not.  And Nicole, you know, our entire
 5   team was there at registration, so I really don't know
 6   where that could have even happened because we were all
 7   right there.  I don't know where that could have --
 8   when that could have happened, I should say.
 9      Q   Did you ever observe Mr. Testa grinding up
10   against Mr. Medina?
11      A   No, I did not.
12      Q   Did you ever observe him making any rude
13   gestures towards Mr. Medina?
14      A   I did not.
15      Q   Or any -- did you ever observe him making any
16   type of a gesture that you would consider to be sexual
17   in nature towards Mr. Medina?
18      A   No, I didn't.  I did not and I feel like if it
19   would have been, I would have felt uncomfortable, and I
20   would have then gone to Nicole and said this is what
21   just happened, so I never saw any of that happen.
22      Q   I just have a few more questions.  Did you ever
23   hear Mr. Medina ever make any uncomplimentary remarks
24   about Nicole Marr?
25      A   I did not.
```

|    |                                                                |
|----|----------------------------------------------------------------|
| 1  | CERTIFICATE OF REPORTER                                        |
| 2  |                                                                |
| 3  | STATE OF FLORIDA                                               |
| 4  | COUNTY OF SEMINOLE                                             |
| 5  |                                                                |
| 6  | I, Susan Mullen, Court Stenographer, certify                   |
| 7  | that I was authorized to and did stenographically              |
| 8  | report the deposition of MALGORZATA KRZEPTOWSKA; that a        |
| 9  | review of the transcript was requested; and that the           |
| 10 | foregoing transcript, pages 4 through 95, is a true and        |
| 11 | complete record of my stenographic notes.                      |
| 12 | I further certify that I am not a relative,                    |
| 13 | employee, attorney, or counsel of any of the parties,          |
| 14 | nor am I a relative or employee of any of the parties'         |
| 15 | attorneys or counsel connected with the action, nor am         |
| 16 | I financially interested in the action.                        |
| 17 | DATED this 23rd day of July, 2025.                             |
| 18 |                                                                |
| 19 |                                                                |
| 20 |                                                                |
| 21 | _____                                |
| 22 | Susan Mullen, Court Stenographer                               |
| 23 |                                                                |
| 24 |                                                                |
| 25 |                                                                |