# Exhibit 12

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2
                  Case No. 2:24-cv-06340-FLA-RAO
 3
     DANIEL MEDINA, an
 4   individual,

 5        Plaintiff,

 6
     vs.
 7

 8   STILA STYLES, LLC, a
     Delaware limited liability
 9   company; CHARLES MILLER, an
     individual; and Does 1-25,
10   inclusive,

11        Defendants.

12

13          VIDEO DEPOSITION OF MARIANO TESTA

14             Taken on Behalf of the Plaintiff

15

16
     DATE TAKEN:    THURSDAY, JULY 24, 2025
17
     TIME:          7:50 A.M. - 10:01 A.M.
18
     PLACE:         REMOTE VIA STENO CONNECT
19

20

21   Examination of the witness stenographically taken
                           before:
22
                     Kelly J. Lawton
23          Registered Professional Reporter
                Certified Court Reporter
24              Licensed Court Reporter

25
```

Exhibit 12, Page 59

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 07:59:35 | 1 | today is pursuant to a court case brought by my |
| 07:59:38 | 2 | client against Stila Styles, LLC. |
| 07:59:45 | 3 | Were you previously employed by Stila? |
| 07:59:49 | 4 | A.   Yes, I was. |
| 07:59:49 | 5 | Q.   Okay.  And what -- when were you hired by |
| 07:59:53 | 6 | Stila? |
| 07:59:54 | 7 | A.   I believe I started in March 2022. |
| 08:00:01 | 8 | Q.   And are you -- you're no longer employed by |
| 08:00:05 | 9 | Stila; is that fair? |
| 08:00:06 | 10 | A.   That is correct. |
| 08:00:07 | 11 | Q.   When did your employment with Stila end? |
| 08:00:10 | 12 | A.   June 2023. |
| 08:00:14 | 13 | Q.   Now, I could walk you through your |
| 08:00:24 | 14 | educational and career background, but I think that |
| 08:00:27 | 15 | would take a lot of time that's not necessary. |
| 08:00:29 | 16 | Would you just give me a high-level overview |
| 08:00:35 | 17 | of your education and career prior to Stila? |
| 08:00:37 | 18 | A.   Yes, I would. |
| 08:00:39 | 19 | I'm originally from Argentina.  I've been in |
| 08:00:46 | 20 | the States for about 20 years.  And the biggest |
| 08:00:51 | 21 | chunk of my career, I was at Ralph Lauren, where I |
| 08:00:55 | 22 | sat on the, you know, the low-level art director |
| 08:00:59 | 23 | position, and by the time I left, I was one of the |
| 08:01:03 | 24 | creative directors. |
| 08:01:04 | 25 | From there, and -- my next job was the one |

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 08:03:45 | 1 | remember the second semester, it was going while I |
| 08:03:49 | 2 | got hired by Stila, so I was doing both for a -- for |
| 08:03:54 | 3 | a few months. |
| 08:03:55 | 4 | And then I dropped the professor job because |
| 08:03:59 | 5 | of -- I didn't have enough time.  The Stila job was |
| 08:04:02 | 6 | very demanding. |
| 08:04:04 | 7 | Q.   Got it. |
| 08:04:04 | 8 | Is it -- did you start the new school |
| 08:04:08 | 9 | position in 2021? |
| 08:04:12 | 10 | A.   No. |
| 08:04:15 | 11 | 20- -- well, I guess, yes; maybe by the end |
| 08:04:17 | 12 | of -- yeah, the end of 2021; probably August, |
| 08:04:23 | 13 | September, if I remember correctly. |
| 08:04:26 | 14 | That was the first semester, and then I |
| 08:04:27 | 15 | guess the next semester is after the holidays. |
| 08:04:31 | 16 | Q.   Okay.  So it sounds like two consecutive |
| 08:04:35 | 17 | semesters at New School? |
| 08:04:37 | 18 | A.   Yeah. |
| 08:04:37 | 19 | Q.   Okay.  All right.  So were you hired as |
| 08:04:42 | 20 | creative director at Stila? |
| 08:04:44 | 21 | A.   No, I was not. |
| 08:04:45 | 22 | Q.   What was your first position there? |
| 08:04:48 | 23 | A.   Chief creative officer. |
| 08:04:52 | 24 | Q.   And did you hold that position the entire |
| 08:04:59 | 25 | time you were employed by Stila? |

MARIANO TESTA
JULY 24, 2025
JOB NO. 1816436

08:12:22  1            So have you -- prior to your position at

08:12:26  2    Ralph Lauren in 2010 -- so -- or, let me ask it like

08:12:29  3    this:  Between completing your studies at University

08:12:35  4    of Barcelona and beginning your position at Ralph

08:12:35  5    Lauren in approximately September 2012, what did you

08:12:36  6    do professionally?

08:12:38  7        A.    I had different jobs as a graphic designer

08:12:44  8    and art director.

08:12:53  9        Q.    Did you move to New York right after

08:12:58  10   completing your BA at University of Barcelona?

08:13:02  11       A.    No, I didn't.

08:13:03  12       Q.    Okay.  About how long after completing your

08:13:09  13   studies did you move to New York?

08:13:11  14       A.    About two years later.

08:13:14  15       Q.    Okay.  That's fine.

08:13:17  16            Now -- now, going back to your role at

08:13:22  17   Stila.  Okay.

08:13:32  18            Did you attend a conference held by the

08:13:37  19   cosmetic company Ulta at any time during your

08:13:44  20   employment with Stila?

08:13:46  21       A.    Yes, I did.

08:13:46  22       Q.    Did you go to multiple Ulta conferences?

08:13:51  23       A.    Yes, I did.

08:13:52  24       Q.    How many?

08:13:55  25       A.    Two.

Exhibit 12, Page 62

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 08:13:57 | 1 | Q.   Were they both in April of the years that |
| 08:14:00 | 2 | they occurred? |
| 08:14:03 | 3 | A.   I believe so. |
| 08:14:04 | 4 | Q.   So one -- the first one you attended was |
| 08:14:08 | 5 | about a month after you started at Stila? |
| 08:14:12 | 6 | A.   That is correct. |
| 08:14:13 | 7 | Q.   Okay.  Where was that?  What city was that |
| 08:14:17 | 8 | held? |
| 08:14:18 | 9 | A.   San Antonio.  Texas, right?  San Antonio. |
| | 10 | Yeah.  I always get them confused. |
| 08:14:28 | 11 | San Antonio.  Wherever the Alamo is. |
| 08:14:30 | 12 | Q.   Yeah, I think that's San Antonio. |
| 08:14:33 | 13 | A.   Yeah. |
| 08:14:33 | 14 | Q.   And what about the following year's Ulta |
| 08:14:42 | 15 | conference, where was that? |
| 08:14:44 | 16 | A.   The next one was in Las Vegas. |
| 08:14:48 | 17 | Q.   Do you recall meeting by client, |
| 08:14:53 | 18 | Daniel Medina? |
| 08:14:54 | 19 | A.   I do. |
| 08:14:56 | 20 | Q.   When did you meet Daniel? |
| 08:15:02 | 21 | A.   I remember meeting him in Las Vegas. |
| 08:15:05 | 22 | Q.   Okay.  So you do not recall meeting him in |
| 08:15:07 | 23 | San Antonio then? |
| 08:15:08 | 24 | A.   Correct. |
| 08:15:09 | 25 | Q.   Now, I won't ask you to remember exactly |

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 09:08:08 | 1 | Paragraph 8 [sic]; like, you can stop just before |
| 09:08:16 | 2 | Paragraph 18. |
| 09:08:17 | 3 | A.   Okay. |
| 09:08:18 | 4 | Q.   All right.  You see that there are a lot of |
| 09:08:22 | 5 | allegations about physical touching that Mr. Medina |
| 09:08:26 | 6 | has made. |
| 09:08:27 | 7 | Are any of those allegations about you |
| 09:08:29 | 8 | physically touching him true? |
| 09:08:32 | 9 | A.   Yeah, well, the first thing I see is that it |
| 09:08:34 | 10 | says, "during 2022, Ulta, in Las Vegas," and that is |
| 09:08:37 | 11 | not correct information, because that -- 2022 was |
| 09:08:41 | 12 | not in Las Vegas. |
| 09:08:44 | 13 | Q.   Got it. |
| 09:08:44 | 14 | A.   So, you know... |
| 09:08:46 | 15 | And if we talked about the 2022 conference, |
| 09:08:50 | 16 | I was there for a day and a half, and I don't even |
| 09:08:54 | 17 | recall meeting Mr. Medina. |
| 09:08:57 | 18 | Q.   Okay.  So then both the statements about the |
| 09:09:03 | 19 | verbal and physical conduct at the 2022 Ulta |
| 09:09:07 | 20 | conference you believe are false; is that fair? |
| 09:09:10 | 21 | A.   Yeah.  They are false. |
| 09:09:11 | 22 | Q.   Okay.  And so let's just keep going to the |
| 09:09:16 | 23 | 2023 conference, starting, I guess, at Paragraph 17. |
| 09:09:24 | 24 | These allegations of, A, grabbing the -- |
| 09:09:31 | 25 | Mr. Testa -- so it says, "During the 2023 Ulta |

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 09:09:37 | 1 | conference, Mr. Testa again sexually assaulted and |
| 09:09:38 | 2 | directed unwelcomed verbal sexual advances towards |
| 09:09:42 | 3 | Mr. Medina.  By way of example" -- et cetera, |
| 09:09:45 | 4 | "Mr. Testa grabbed and slid his fingers in between |
| 09:09:47 | 5 | the cheeks of Mr. Medina's buttocks." |
| 09:09:50 | 6 |     Did that ever happen? |
| 09:09:51 | 7 |   A.   No, it didn't. |
| 09:09:53 | 8 |   Q.   "Held and gestured towards Plaintiff with a |
| 09:09:56 | 9 | large pipe used to fasten a promotional banner as if |
| 09:09:59 | 10 | it were a phallus." |
| 09:10:01 | 11 |     Does -- did you ever do anything like that? |
| 09:10:05 | 12 |   A.   No, I didn't. |
| 09:10:06 | 13 |   Q.   How about inviting Mr. Medina to your hotel |
| 09:10:08 | 14 | room, which he declined, did that happen? |
| 09:10:11 | 15 |   A.   No, it didn't happen. |
| 09:10:13 | 16 |   Q.   And then talking to Plaintiff about -- |
| 09:10:17 | 17 | Mr. Medina about liking big dicks, or something like |
| 09:10:21 | 18 | that, did that ever happen? |
| 09:10:23 | 19 |   A.   No, it didn't happen. |
| 09:10:24 | 20 |   Q.   And you know the questions here.  Did you |
| 09:10:28 | 21 | ever talk to -- tell Mr. Medina -- pardon me. |
| 09:10:32 | 22 |     Did you ever make a reference to your own |
| 09:10:35 | 23 | penis while talking to Mr. Medina and say that he |
| 09:10:37 | 24 | would like to take it, or something like that? |
| 09:10:39 | 25 |   A.   No. |

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

09:10:40  1    Q.    And the proposition to have a three-way with

09:10:47  2    an employee and her husband, in which you said that

09:10:50  3    you would love to fuck both of them, did you ever

09:10:53  4    say anything like that?

09:10:54  5    A.    No.

09:10:54  6    Q.    Okay.  Let's see here.

09:11:01  7         MR. GUHA:  I don't believe I have any other

09:11:06  8    questions, but I may -- I would appreciate a

09:11:08  9    couple more minutes.

09:11:10 10         Maybe what might be an efficient way to do

09:11:13 11    it -- Chuck, do you have any questions for the

09:11:15 12    witness and --

09:11:15 13         MR. POPLSTEIN:  I probably do.

09:11:17 14         MR. GUHA:  Okay.  If you want to take a

09:11:19 15    break, that's fine.  Or do you want to -- do you

09:11:22 16    want to start and maybe I'll be able to

09:11:25 17    consolidate whatever last questions I have during

09:11:27 18    that time?

09:11:30 19         MR. POPLSTEIN:  That would be fine; I can

09:11:34 20    start off.

09:11:35 21         Well, why don't we just -- let's just take

09:11:36 22    five minutes, and then we'll --

09:11:37 23         MR. GUHA:  Yeah.

09:11:38 24         THE VIDEOGRAPHER:  We are now off the -- we

09:11:39 25    are now off the record.  The time is 9:11 a.m.

MARIANO TESTA                                          JOB NO. 1816436
JULY 24, 2025

09:26:36  1      different interpretations, and I'm not sure --
09:26:38  2      and potentially, you know, a vagueness is really
09:26:43  3      what primarily comes to mind.  But it's not, I
09:26:48  4      don't know, susceptible to interpretation.
09:26:51  5          I don't know if that's something you want
09:26:53  6      to...
09:26:54  7  BY MR. POPLSTEIN:
09:26:54  8      Q.   Have you ever been dismissed from a job with
09:27:00  9  Ralph Lauren or thereafter for engaging in any
09:27:04 10  conduct that was considered to be sexual harassment
09:27:09 11  by your employer?
09:27:10 12      A.   No.  I have never.
09:27:12 13      Q.   Have you ever been dismissed from a job at
09:27:21 14  any time from your employment with Ralph Lauren or
09:27:27 15  thereafter, on account of any violation of a
09:27:35 16  zero-tolerance policy?
09:27:36 17      A.   No.  Never.
09:27:37 18      Q.   Did you ever visit the Los Angeles office of
09:27:48 19  Stila?
09:27:48 20      A.   Yes.  Once.
09:27:49 21      Q.   When was that?
09:27:50 22      A.   Right after I got hired by Stila.
09:27:54 23      Q.   And approximately how long after you started
09:27:59 24  with Stila would you have attended the 2022 Ulta
09:28:06 25  conference?

Exhibit 12, Page 67

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

09:28:06  1      A.    I want to say a little bit over a month.

09:28:11  2      Q.    When you had testified earlier about the

09:28:22  3  construction of the booth for the 2023 Ulta

09:28:26  4  conference, what was your role in overseeing

09:28:31  5  construction?

09:28:32  6      A.    Yeah.  So together with Nicole Marr, we sort

09:28:37  7  of thought of the concept that we presented and got

09:28:41  8  approved, and then we hired a third-party company

09:28:45  9  to, you know, do the drawings and make it, you know,

09:28:48  10 possible to be constructed.

09:28:50  11     And then they also construct the actual

09:28:54  12 booth.

09:28:54  13     So my role there was to make sure, you know,

09:28:58  14 everything was looking fine.  You know, there is a

09:29:02  15 difference between the idea that you have on paper,

09:29:03  16 and then when you go on to the site and see to, you

09:29:08  17 know, the light changes; who your neighbors are;

09:29:10  18 some measurements could have been, you know,

09:29:13  19 modified; or some piece that's improperly going to

09:29:18  20 what we were expecting; so to solve all of, kind of,

09:29:22  21 issues.

09:29:22  22     And then there's a lot of, sort of, the

09:29:24  23 embellishment of the booth with, you know, posters

09:29:27  24 that we made and communications and fliers.

09:29:29  25     We also have a set of monitors that were all

Exhibit 12, Page 68

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

09:33:10  1    they're making it clear that they are taking a

09:33:13  2    liking in me.

09:33:15  3            You know, I don't necessarily also think

09:33:17  4    that the flirtatious aspect is necessarily sexual.

09:33:22  5    You know, they might be interested in, you know,

09:33:24  6    something else, like a friendship.

09:33:26  7            But the flirtatious is more like a way to

09:33:29  8    engage with a person in a way that, Oh, this is --

09:33:33  9    this is cool.  We're both vibing in the same way.

09:33:39  10    Q.    Did you engage in any type of behavior

09:33:45  11    towards Maggie that you would consider to be

09:33:47  12    inappropriate?

09:33:49  13    A.    No, I did not.

09:33:50  14    Q.    During the discussion you had with Daniel

09:34:00  15    and Ms. Jensen and Maggie, were there any

09:34:05  16    discussions about, like, what type of men you, like,

09:34:11  17    are interested in or --

09:34:12  18    A.    Yes.  They asked me that question --

09:34:14  19    Q.    Do you recall who might have asked you that

09:34:16  20    question?

09:34:17  21    A.    I believe it was Daniel.

09:34:19  22    Q.    Did Mr. Medina ever make any comments to you

09:34:28  23    at any time in the 2023 time period or elsewhere

09:34:34  24    that you would consider to be flirtatious or making

09:34:40  25    any type of a sexual invitation?

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 09:34:43 | 1 | A.   Yes. |
| 09:34:43 | 2 | A few times he referred as -- me as "daddy." |
| 09:34:49 | 3 | And, you know, in the gay community, |
| 09:34:53 | 4 | "daddy," you know, it's -- is actually flirtatious. |
| 09:35:00 | 5 | It's definitely a -- it's a sexual innuendo in that. |
| 09:35:04 | 6 | There is also an aspect of power, right?  The daddy |
| 09:35:08 | 7 | has the power, and the other person is more |
| 09:35:11 | 8 | submissive, if you will. |
| 09:35:17 | 9 | And when somebody, you know, that you don't |
| 09:35:19 | 10 | really know calls you "daddy," it means -- "daddy" |
| 09:35:22 | 11 | is an open door, an invitation to -- I like you and |
| 09:35:26 | 12 | I want you to, you know, take the reigns from here |
| 09:35:31 | 13 | on, you know; like, anything goes. |
| 09:35:31 | 14 | That's the unspoken, you know, sort of |
| 09:35:34 | 15 | language that we have in the gay community. |
| 09:35:36 | 16 | Like, I wouldn't call "daddy" somebody I'm |
| 09:35:40 | 17 | not interested in. |
| 09:35:43 | 18 | Q.   Was that -- when you say that term was used, |
| 09:35:54 | 19 | was it used more than once with you? |
| 09:35:56 | 20 | A.   Yes. |
| 09:35:57 | 21 | A few times. |
| 09:35:59 | 22 | MR. GUHA:  Object to form. |
| 09:36:00 | 23 | BY MR. POPLSTEIN: |
| 09:36:02 | 24 | Q.   How often do you recall Mr. Medina using |
| 09:36:04 | 25 | that term in discussions with you? |

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 09:36:07 | 1 | A.    A few times. |
| 09:36:10 | 2 | You know, when Maggie and he came to meet |
| 09:36:14 | 3 | Elizabeth, they -- it was obvious that they were |
| 09:36:17 | 4 | drinking before.  So I think they were -- they |
| 09:36:21 | 5 | weren't drunk, but they were definitely loose and |
| 09:36:25 | 6 | happy. |
| 09:36:26 | 7 | Q.    Now then, you -- did you leave on Friday |
| 09:36:35 | 8 | from -- after the Ulta conference and go home, or |
| 09:36:39 | 9 | was it later -- |
| 09:36:41 | 10 | A.    No, I went home, I believe, on Sunday. |
| 09:36:44 | 11 | I stayed the weekend with my friends. |
| 09:36:46 | 12 | Q.    Did you meet up with your friend after The |
| 09:36:48 | 13 | Cosmopolitan? |
| 09:36:49 | 14 | A.    Yes, yes. |
| 09:36:50 | 15 | Q.    And where was that? |
| 09:36:52 | 16 | A.    My friend told me to go to this country bar |
| 09:36:56 | 17 | that was sort of outside of the strip.  It's a bar |
| 09:37:00 | 18 | where locals go.  It's a really big bar.  And it's a |
| 09:37:04 | 19 | straight bar, very mixed. |
| 09:37:04 | 20 | You know, a lot of the performance in Vegas, |
| 09:37:07 | 21 | a lot of them are gay men and women. |
| 09:37:09 | 22 | But it was a very diverse bar.  It was |
| 09:37:13 | 23 | beautiful.  People were super nice. |
| 09:37:16 | 24 | Q.    Was Mr. Medina at that bar for any period of |
| 09:37:20 | 25 | time? |

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

09:37:20  1        A.    Yes, he was.

09:37:21  2        Q.    Do you recall how long he was there?

09:37:23  3        A.    No.

09:37:26  4        Q.    Do you recall what circumstances he may --

09:37:29  5    under what -- did he talk to you about leaving the

09:37:30  6    bar?

09:37:31  7        A.    Yeah.

09:37:33  8             So I -- so I was at The Cosmopolitan bar

09:37:36  9    killing time.  Elizabeth wanted a drink and I said,

09:37:41 10    Yes, let's have a drink.

09:37:42 11             And then I think she invited or she told the

09:37:46 12    other two that we were there, and they came.

09:37:49 13             My plan was always to go to the country bar

09:37:53 14    and to meet my friend alone.  Like, I was off the

09:37:56 15    clock; exhibit was done.  All the C-suite was gone.

09:37:59 16    I was there alone.  I took the -- sort of the

09:38:02 17    evening and the afternoon for myself.

09:38:05 18             And then when I told them that I was

09:38:08 19    leaving, they were saying, Oh, we want to come with

09:38:10 20    you.

09:38:11 21             And I'm, like, well, there's -- that's not,

09:38:13 22    you know, the way it goes.  Like, I'm going to meet

09:38:17 23    a friend.  And, you know, work is done, and you are

09:38:18 24    part of work.  And I'm meeting my friends.

09:38:21 25             And I don't know this bar.  I don't know --

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

```
09:38:22   1   you know, like, I cannot be responsible for anything
09:38:26   2   that happens when we leave, you know, the
09:38:30   3   conference.
09:38:30   4        But they were -- they were okay with that,
09:38:33   5   and they jumped in the Uber with me to the bar.
09:38:36   6        Q.   And approximately how long do you recall
09:38:40   7   them -- well, you don't recall, so --
09:38:42   8        A.   I don't recall -- well, I -- we got -- we
09:38:45   9   all got into the bar, and I believe I got -- I got
09:38:51  10   them a round of drinks or I ask if they wanted
09:38:56  11   anything, because I wanted a drink.
09:38:56  12        It was a big bar.  This bar was big, so I
09:38:57  13   needed time to find my friend.  I didn't really know
09:39:01  14   if my friend was already there or he was about to
09:39:02  15   arrive.
09:39:03  16        So I gave them -- we ordered a round of
09:39:06  17   drinks, whoever wanted one.
09:39:08  18        And then I said, Well, I'm going to see my
09:39:11  19   friends and to look for my friends; goodnight.
09:39:15  20        And they said, Okay, we're going to stay
09:39:17  21   here.  And they stayed.  I don't know how long.
09:39:19  22        I do recall Daniel coming to me saying that
09:39:25  23   he was feeling very uncomfortable in that bar
09:39:27  24   because it was giving him bad memories from his
09:39:33  25   childhood.
```

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

09:39:34  1          And I said, Okay and see you later.

09:39:34  2          That's all.

09:39:35  3          I don't know when -- I don't know if he left

09:39:37  4    alone or he left with Maggie and Elizabeth.  Like,

09:39:41  5    after that, I didn't really see any of them.

09:39:43  6       Q.    Okay.  So you and Maggie, Ms. Jensen, and

09:39:54  7    Mr. Medina then were at this country western bar for

09:39:57  8    a period of time?

09:39:58  9       A.    Yeah.

09:39:59 10       Q.    You bought them a round of drinks -- or, you

09:40:04 11    bought a round of drinks?

09:40:05 12       A.    Yeah.

09:40:06 13       Q.    And then at some point, they left?

09:40:07 14       A.    Yes.

09:40:08 15          I want to say since we got in and I got the

09:40:11 16    drinks, that was five to ten minutes.  Maybe I was

09:40:15 17    with them for ten minutes, tops.  Maybe somebody

09:40:19 18    wanted to go to the bathroom.  We stayed in the same

09:40:22 19    place, and when that person came -- I believe it was

09:40:25 20    one of the women -- and then I left.

09:40:29 21          I don't think I was with them in the bar

09:40:32 22    more than half an hour altogether.

09:40:34 23       Q.    And then that was then -- at the time then

09:40:38 24    when Mr. Medina told you he was leaving?

09:40:39 25       A.    Yeah.

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 09:40:40 | 1 | Q.   And what did he tell you again, as best you |
| 09:40:43 | 2 | can recall? |
| 09:40:43 | 3 | A.   He said that he wasn't feeling comfortable |
| 09:40:45 | 4 | in that bar.  There was a lot of toxic masculinity. |
| 09:40:51 | 5 | And it was bringing him a lot of memories from the |
| 09:40:54 | 6 | past, and he was not feeling comfortable. |
| 09:40:55 | 7 | Q.   I know you've kind of gone over this a |
| 09:40:59 | 8 | little bit with Mr. Medina's counsel, but I just |
| 09:41:01 | 9 | want to make sure we cover this. |
| 09:41:06 | 10 | At any time when you were employed by Stila, |
| 09:41:12 | 11 | did you ever make any sexual advances towards |
| 09:41:19 | 12 | Mr. Medina? |
| 09:41:20 | 13 | A.   No.  Never. |
| 09:41:21 | 14 | Q.   At any time during your employment with |
| 09:41:24 | 15 | Stila, did you ever engage in any type of conduct |
| 09:41:30 | 16 | that you would understand to be sexual harassment |
| 09:41:32 | 17 | towards Mr. Medina? |
| 09:41:33 | 18 | A.   No.  Never. |
| 09:41:34 | 19 | Q.   During that period of time, did you -- did |
| 09:41:37 | 20 | you ever tell Mr. Medina that he had a big butt or |
| 09:41:42 | 21 | words to that effect? |
| 09:41:43 | 22 | A.   No. |
| 09:41:44 | 23 | Q.   During that period of time, did you ever |
| 09:41:49 | 24 | tell Mr. Medina, "You want this big dick and you |
| 09:41:52 | 25 | like it?  You like to take it," or words to that |

Exhibit 12, Page 75

MARIANO TESTA
JULY 24, 2025

JOB NO. 1816436

| | | |
|---|---|---|
| 09:41:55 | 1 | effect? |
| 09:41:55 | 2 | A.   No. |
| 09:41:56 | 3 | Q.   During that period of time, did you ever |
| 09:41:58 | 4 | make any type of sexually suggestive gesture towards |
| 09:42:04 | 5 | Mr. Medina? |
| 09:42:04 | 6 | A.   No. |
| 09:42:04 | 7 | Q.   During that period of time, did you ever |
| 09:42:08 | 8 | make a gesture where you put several fingers on one |
| 09:42:12 | 9 | hand through a circular opening created by the |
| 09:42:15 | 10 | fingers in your other hand, while licking your lips |
| 09:42:17 | 11 | and looking at -- |
| 09:42:19 | 12 | A.   No. |
| 09:42:19 | 13 | Q.   Have you ever done that with anybody? |
| 09:42:21 | 14 | A.   No. |
| 09:42:22 | 15 | Q.   Did you ever pretend like you -- strike |
| 09:42:27 | 16 | that. |
| 09:42:29 | 17 | Did you at any time during your employment |
| 09:42:32 | 18 | with Stila ever put a pole or banner between your |
| 09:42:39 | 19 | legs and make a suggestive gesture towards |
| 09:42:43 | 20 | Mr. Medina with it? |
| 09:42:44 | 21 | A.   No. |
| 09:42:44 | 22 | Q.   At any time during your employment with |
| 09:42:47 | 23 | Stila, did you ever pretend to slide past |
| 09:42:53 | 24 | Mr. Medina, pressing your pelvis against his |
| 09:42:57 | 25 | buttocks, and saying, "I know you like this," or |

MARIANO TESTA                                                    JOB NO. 1816436
JULY 24, 2025

```
09:43:00   1     words to that effect?
09:43:00   2        A.    No.
09:43:01   3        Q.    Did you ever in any way try to have any type
09:43:06   4     of physical conduct in a sexual manner with
09:43:09   5     Mr. Medina?
09:43:10   6        A.    No.
09:43:16   7        Q.    Did you ever at any time during your
09:43:19   8     employment with Stila at all put your fingers in
09:43:27   9     between the cheeks of his buttocks?
09:43:29  10        A.    No.
09:43:30  11        Q.    Did you -- did you ever at any time tell
09:43:38  12     Mr. Medina, "You must like big dicks," or similar
09:43:42  13     words to that effect?
09:43:42  14        A.    No.
09:43:43  15        Q.    Did you ever gesture with your hand, in
09:43:54  16     reference to your penis, and state to Mr. Medina
09:43:57  17     that -- or ask him whether he would like to take it,
09:44:02  18     or words to that effect?
09:44:03  19        A.    No.
09:44:03  20        Q.    We know that you've already said you
09:44:08  21     never -- strike that.
09:44:09  22             Did you ever invite Mr. Medina to go to your
09:44:15  23     hotel room?
09:44:16  24        A.    No.
09:44:16  25        Q.    Did you at all in any way conduct yourself
```

MARIANO TESTA                                                    JOB NO. 1816436
JULY 24, 2025

09:44:28  1    in a manner towards Mr. Medina that you would

09:44:30  2    consider to be flirtatious?

09:44:32  3        A.    No.

09:44:32  4        Q.    Independent of the time you worked for

09:44:38  5    Stila, did you ever engage in any of the type of

09:44:41  6    conduct we just talked about with respect to

09:44:44  7    Mr. Medina?

09:44:44  8        A.    No.    Never.

09:44:45  9        Q.    Certainly, had you -- did you ever actually

09:44:50  10   have any interaction with Mr. Medina either before

09:44:54  11   you started employment with Stila or after your

09:44:58  12   employment with Stila?

09:44:59  13       A.    No.

09:44:59  14       Q.    Just ask you you ask you a few questions about

09:45:24  15   Exhibit 11, which was presented to you before.

09:45:27  16           During the time the booth was being

09:45:33  17   assembled, what were you doing independent of

09:45:37  18   overseeing the look of the -- the construction?

09:45:42  19       A.    Well, you know, I was still answering

09:45:45  20   e-mails, and I have, you know, to still manage my

09:45:48  21   team in the distance.    So there was always, you

09:45:53  22   know, last-minute things that were showing up, and I

09:45:56  23   was doing that.

09:45:56  24           And mostly checking the competition.

09:45:59  25       Q.    Were you ever bringing people coffee or --

Exhibit 12, Page 78

MARIANO TESTA                                                          JOB NO. 1816436
JULY 24, 2025

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF PINELLAS

4          I, Kelly J. Lawton, Registered Professional

5    Reporter, Licensed Court Reporter, and Certified

6    Court Reporter, do hereby certify that I was

7    authorized to and did stenographically report the

8    examination of the witness named herein; that a

9    review of the transcript was not requested; and that

10   the foregoing transcript is a true record of my

11   stenographic notes.

12         I FURTHER CERTIFY that I am not a relative,

13   employee, or attorney, or counsel for any of the

14   parties, nor am I a relative or employee of any of

15   the parties' attorney or counsel connected with the

16   action, nor am I financially interested in the

17   outcome of this action.

18         DATED THIS 8th day of August, 2025, at

19   Largo, Pinellas County, Florida.

20

21   _____

22   KELLY J. LAWTON, RPR, LCR, CCR

23

24

25

Exhibit 12, Page 79