# Exhibit 13

```
 1              UNITED STATES DISTRICT COURT.

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                  CASE NO.:  2:24-cv-06340-FLA-RAO

 4
    DANIEL MEDINA, an individual,
 5
        Plaintiff,
 6
    v.
 7

 8  STILA Styles, LLC, a Delaware limited
    liability company; Elizabeth Jensen,
 9  an individual; and Does 1-25, inclusive,

10      Defendants.
    _____/
11

12
                  REMOTE VIDEO DEPOSITION OF
13                    ELIZABETH JENSEN

14             Tuesday, August 5, 2025
                9:38 a.m. - 12:28 p.m. PT
15

16

17

18

19

20

21

22

23

24

25            Stenographically Reported By:
                     SUSAN MULLEN
```

 1   fresh ideas, new ideas, and that could handle the --
 2   the work more -- better than I could, and so I decided
 3   to leave before it got too -- you know, before I messed
 4   up the territory any more.  I didn't -- it was all on
 5   me.  It was not the brand at all.
 6          It was me, and I didn't want the stress honestly
 7   of having to build up these events continuously, and it
 8   was a lot of pressure on me, and it was self-imposed,
 9   but, you know, it was just time for me to take a bow.
10      Q   So it sounds like you quit?
11      A   Yes.
12      Q   Did you continue to work in the cosmetics
13   industry after that?
14      A   Yes, I did.  I started working freelancing for
15   IT Cosmetics and worked for them for -- until -- well,
16   I freelanced for them and for Clarence back and forth
17   for several years after.
18      Q   Thank you.  All right.  So we mentioned my
19   client, Daniel Medina, when do you first remember
20   meeting Daniel?
21      A   In person I met him at our Ulta field sales
22   meeting.  That was the first time I met him in person,
23   but obviously we had our calls on a weekly basis, so we
24   would all meet each other and talk, but, yeah, the
25   first time we ever met was at a sales meeting.  That's

1   the only time I ever got together with him.
2       Q   Was that in Las Vegas?
3       A   Yes, it was.
4       Q   Okay.  And let's see -- it sounds like -- well,
5   was that meeting in April of '23, to the best of your
6   recollection?
7       A   Yes.  Because when I got hired on in -- in
8   February, they told me to mark these dates down because
9   this is a sales meeting, and it's mandatory that you be
10  there, so whatever you've got planned make sure that
11  you, you know, that you're there.  So I immediately put
12  it on my calendar.
13      Q   Now, so is it -- you mentioned -- sorry, let me
14  clarify.  You said that you would see Daniel online in
15  weekly sales meetings as soon as you got hired; is
16  that right?
17      A   Yes.
18      Q   Who did you report -- I'm sorry -- did you
19  report to Charles Miller after you were hired?
20      A   Yes.
21      Q   Do you know who Charles reported to at that
22  time?
23      A   He reported to our national and she was -- I
24  apologize, but my -- the names I cannot remember -- I'm
25  trying to think --

| | | |
|---|---|---|
| 1 | Q | Does Nicole Marr -- |
| 2 | A | Nicole. Nicole Marr. |
| 3 | Q | Okay. Thank you. Typically on these weekly |
| 4 | meetings -- well, typically would they happen by Zoom | |
| 5 | or video conference? | |
| 6 | A | Yes. Zoom. |
| 7 | Q | Who led those meetings, typically? |
| 8 | A | It -- well we would have -- like, I would have |
| 9 | my personal one with Charles every other day or | |
| 10 | whatever, just to touch base and then the weekly calls | |
| 11 | would come and Charles would be on all the other, you | |
| 12 | know, sales associates, and then we would -- but Nicole | |
| 13 | would be the one that was in charge, and then Charles | |
| 14 | would, of course, do his part, and his territory, and | |
| 15 | we would all have our, you know, input. But it was | |
| 16 | mainly run by -- by Nicole. | |
| 17 | Q | Okay. Great. You answered my question. So -- |
| 18 | and to your knowledge, was Daniel on each of these | |
| 19 | weekly calls led by Nicole? | |
| 20 | A | Yes. |
| 21 | Q | Did you get a chance -- well, did Daniel speak |
| 22 | up in any of these meetings? | |
| 23 | A | Yes. |
| 24 | Q | What -- and did you also speak up? |
| 25 | A | Yes. We all had our chance to speak or give our |

1   appeared uncomfortable?  Now, I know he said something
2   to you later, but did he appear uncomfortable to you?
3        A   No.  Not during -- not while we were at the
4   little bar having a drink, and then what made him
5   uncomfortable, I thought mainly was the fact that he
6   felt unwanted at a country bar -- at a western bar.  He
7   felt unsafe.  But I didn't think it was because of Mr.
8   Testa.  I think it was -- I thought it was mainly
9   because he didn't feel safe because people were looking
10  at him, because they knew he was gay or whatever.  I
11  don't know, but we just left because of that and then
12  Mariano had already taken off with somebody else, so we
13  just went on our own.  So that -- I know that he was --
14  I know that he was uncomfortable, but at that point, I
15  thought it was because he felt unsafe.
16       Q   Okay.  Is it fair to say that you do remember
17  him looking like he was uncomfortable while Mr. Testa
18  was still there, but it seemed to you like it was not
19  because of Mr. Testa, is that a fair appraisal?
20       A   Fair, yes.
21           MR. POPLSTEIN:  Objection to form.
22  BY MR. GUHA:
23       Q   Now -- and then it says Mr. Medina stated to me
24  multiple times that Mr. Testa's behavior made him feel
25  uncomfortable and that Mr. Testa made sexual advances,

1    A   Yes.  And I had told them that I didn't like --
2    I had changed lots of stuff in it because they -- it
3    was not how I was wanting it to come across at all.
4       Q   And is this -- does this document here include
5    the changes?
6       A   It does include the changes, but it makes Mr.
7    Testa sound really bad, and it -- I never had it -- I
8    just had it on an e-mail and like I said, I was not
9    able to pull it up, but I had mentioned to the person
10   interviewing me that I noticed Mr. Medina being
11   uncomfortable, but we were all still talking, and what
12   Maggie told me later confirmed what I had seen in Mr.
13   Medina and Daniel's, you know, feeling uncomfortable
14   was I witnessed Mr. Testa and Maggie walking and he --
15   walking in front of me and Daniel and he had put his
16   arm around her, and later she expressed to me that made
17   her feel uncomfortable, but she didn't want to be rude
18   to him because he was a superior, and that's all that I
19   saw that, you know, he did that was inappropriate, but
20   they were both I think they were both made to feel a
21   little uncomfortable by Mariano, but not anything that
22   I witnessed he was -- he said a few things, but it
23   wasn't -- he was out of line, but I think -- I don't
24   know exactly the terms that he was talking -- or what
25   he might have said to either one of them when they

1   later came back to me that -- late in the evening and
2   the next where they expressed that he had made them
3   feel uncomfortable.  Does that make sense?
4           I mean, I know I'm -- there's two little
5   situations there where we were at the cocktail bar, and
6   then we were at the western bar, and -- but all four of
7   us were together, and then shortly at the western bar
8   together, and then we all three left -- the three of
9   us.  Then I never saw him again.
10      Q   Then you never saw Mr. Testa again?
11      A   No.
12      Q   When was it that you saw -- which -- was it
13  after you left the cocktail bar that Mr. Testa was
14  walking wit his arm around Maggie?
15      A   Yes.
16      Q   So from -- on the way from the cocktail bar to
17  the country western bar?
18      A   Yes.
19      Q   Were those bars in the -- I'm sorry to
20  interrupt.  Go ahead.
21      A   I just -- I was going to say if I remember
22  correctly, we had our drinks and then we were walking
23  through this, like, mall area, and then we caught a cab
24  or an Uber, and then went to the western bar, if I
25  remember correctly.

```
 1        hand up and down her back, nothing like that.  It
 2        was -- it was not like that at all.
 3   BY MR. POPLSTEIN:
 4        Q    Did it seem innocent to you at the time?
 5        A    Yeah.
 6             MR. GUHA:  Same objection.
 7             THE WITNESS:  I mean, I thought it was
 8        innocent, just a friendly kind of hug, but, you
 9        know, unnecessary, you know, but not -- not sexual.
10   BY MR. POPLSTEIN:
11        Q    You said there was flirting both ways, what were
12   you talking about?
13        A    With Maggie?
14        Q    Well, I --
15        A    No.  I think -- I think Daniel and -- they had
16   some kind of a -- Daniel and Mariano at the cocktail
17   bar, it was flirtatious both ways until I think it
18   started making Daniel a little uncomfortable.
19   Everybody was talking.  We were all laughing, and --
20   but I think some of the -- the flirtiness was going --
21   the flirtatious comments sometimes were -- they were
22   both going back and forth with it, but not anything out
23   of line that I would -- that I felt was nothing just
24   being flirty comments, or anything like that.
25             What I felt was a little out of line was when he
```

1   mentioned that, you know, he liked both men and women,
2   and I -- you know, I don't care.  It doesn't bother me.
3   Whatever -- but it just -- I think it -- he might have
4   taken it a little farther for -- with Daniel and made
5   him feel uncomfortable.
6          At what point, I don't know what he said to
7   Daniel that made him feel uncomfortable, other than
8   what I heard and what was taking place in front of me,
9   but that was never anything that I would imagine would
10  cause anybody to feel that uncomfortable besides just
11  joking or things like that.
12     Q   And in terms of the interactions there at the
13  cocktail bar, was there anything else that you can
14  recall at all that you considered -- that you would
15  consider significant or a problem?
16          MR. GUHA:  Objection.  Form.
17          MR. POPLSTEIN:  I'll rephrase the question.
18  BY MR. GUHA:
19     Q   With respect to the interactions which you and
20  Maggie and Mr. Testa and Mr. Medina had at the cocktail
21  bar, is there anything else that you can recall
22  happened over and above what is reflected in your
23  testimony so far?
24          MR. GUHA:  Same objection.
25          THE WITNESS:  No.  There was just -- we were

1  Q   Okay.  So you didn't actually hear Mr. Testa say
2  those things to Maggie, that's just what Maggie told
3  you?
4  A   Yes.
5  Q   And you were present during the whole time
6  during the cocktail bar, as you call it -- three
7  people?
8  A   Right.  At one point or another either I was
9  sitting next to Mariano or Maggie was sitting -- we
10 would get up, get another drink or get some water, go
11 to the bathroom, and we would switch chairs, so
12 everybody sat next to everybody at one point or
13 another.
14 Q   Now --
15 A   I mean, he -- in Mariano's defense to me, I
16 guess because I was the older one, he talked to me
17 about his grandma.  He talked to me about his mama
18 raising him, you know, all of these things, so my
19 conversation with him was different when we were over
20 here talking and Maggie and Daniel were talking, so,
21 you know, it was -- he was very pleasant to me.
22 Q   Now, were -- did all four of you go over to the
23 cocktail bar together, was it you and Mariano go over
24 first and the others came up?
25 A   I can't remember that.  I think we were all at

```
 1   dinner, and we all took a cab or Mariano met us there
 2   -- or maybe Daniel came later because he's -- because
 3   that's the night -- or the day before he had lost his
 4   aunt.  I think -- I think we went -- Maggie and I went
 5   in a cab.  We met -- I can't -- I can't remember.  I
 6   can't be quoted on that.  I don't know if we all went
 7   together.  I know we all went together to the country
 8   bar, the western bar.  We took a cab out there, but I
 9   can't remember how we all got to that little cocktail
10   bar.
11       Q   So you can't remember for certainty whether you
12   and Mr. Testa went over together or whether all four of
13   you went over together?
14       A   No, I cannot.  I know it had to have been me and
15   Maggie because we kind of stuck together, but I cannot
16   be 100 percent sure on that.
17       Q   And was it -- do you recall whether that -- the
18   little cocktail bar was at the Cosmopolitan?
19       A   That sounds correct.  That sounds about right.
20   It's a cute little bar.
21       Q   And then the country and western bar was
22   offsite?
23       A   Yes.
24       Q   So it was a bit of a drive one way or the other
25   however you got there?
```

```
 1   remarks that may come up here just because they came up
 2   -- but they've been alleged in the lawsuit, and so I'm
 3   going to ask you a series of questions to see if you
 4   ever observed any of these things, or if Mr. Medina --
 5   or somebody else ever told you about these things.
 6   Okay?
 7       A    Uh-uh.
 8       Q    So did you ever overhear Mr. Testa indicate to
 9   Mr. Medina that he had a big butt or words to that
10   effect?
11       A    No.
12       Q    Did he ever -- did Mr. Medina ever tell you that
13   Mr. Testa had said anything like that?
14       A    No.
15       Q    Did you ever hear Mr. Testa tell Mr. Medina you
16   want this big dick and you'd like to take it or similar
17   words?
18       A    Absolutely not.
19       Q    Okay.  Did Mr. Medina ever tell you that Mr.
20   Testa had made such a remark?
21       A    I'm sure I would have remembered that.  I do not
22   remember that remark at all.
23       Q    Okay.  Did Mr. -- did you ever observe Mr Testa
24   make any type of a sexually suggestive gesture towards
25   Mr. Medina, like pushing his fingers through a circular
```

1    opening in his hand like this (indicating)?
2        A    No.
3        Q    Did Mr. Medina ever tell you that Mr. Testa had
4    done any type of a sexually suggestive gesture towards
5    him?
6        A    I don't remember any of that, no.
7        Q    Okay.  Did you ever observe Mr. Testa feign a
8    large penis with a pole between his legs and kind of
9    wave it towards Mr. Medina?
10       A    No.
11       Q    Okay.  Did Mr. Medina ever tell that had ever
12   happened?
13       A    No.
14       Q    Did you ever observe Mr. Testa pressing the
15   front of his pelvis against Mr. Medina's backside?
16       A    No.
17       Q    And did Mr. Medina ever tell you anything like
18   that had happened?
19       A    Not that I recall, no.
20       Q    Did Mr. Medina ever tell you that in connection
21   with kind of pressing his -- Mr. Testa had said I know
22   you like this in a sexually suggestive manner?
23       A    No.
24       Q    Okay.  Did you ever observe Mr. Testa touching
25   Mr. Medina's backside in any way?

```
 1        A    No.
 2        Q    Or putting his hands between the cheeks of his
 3   buttocks?
 4        A    No.
 5        Q    Okay.  And did Mr. Medina ever tell you that
 6   anything like that had happened?
 7        A    No.
 8        Q    And did you observe Mr. Testa using a large
 9   pipe that's a promotional banner, and kind of gesture
10   towards Mr. Medina and tell him that he must like big
11   dicks or similar words to that effect?
12        A    No.
13        Q    Did you ever -- did Mr. Medina ever tell you
14   that anything like that had happened?
15        A    Not to my knowledge.  I do not recall that at
16   all.
17        Q    Okay.  And, again, as I understand your
18   testimony from before, Mr. Medina never told you that
19   Mr. Testa had invited him to his hotel room?
20        A    I don't remember that he invited him.  I know
21   that they talked, I think before or after we had met
22   up, but I don't remember that, specifically.  It sounds
23   possible.  It sounds like it -- familiar, but I can't
24   say that he told me that; does that make sense?  I --
25   there were conversations.  I know that there was --
```

1    they talked, but I don't know what that conversation
2    was, and I don't know if he had actually invited him
3    over.
4        Q   Okay.  Certainly, that's something -- if he told
5    you told you that specifically, you would have
6    remembered it?
7        A   Yes.  Well, yeah, just like everything else.  I
8    don't remember any of that.
9        Q   Now, I just want to do a little bit of
10   background here, and I think we're going to be done in
11   fairly short order.  Do you -- there's been nobody else
12   in the room besides you when you're testifying today,
13   correct?
14       A   It's just me.
15       Q   I saw at one point in time you were trying to
16   figure out dates and the like that you had some
17   documents in front of you.  Where you referring to any
18   documents when you were testifying today?
19       A   No.  This was just the -- the subpoena that I
20   got, that I thought I might need, but it's nothing --
21   just the paper.
22       Q   Okay.  Thank you.  Nothing else besides that in
23   front of you?
24       A   No.
25           MR. GUHA:  Nothing else from me.

```
 1   with sexual harassment or unlawful harassment and
 2   abusive conduct; do you recall receiving that policy?
 3       A   Yeah.  I mean, I remember I got everything and I
 4   don't remember where it is right now, but, yeah, I got
 5   all of the paperwork.
 6       Q   Sure.  I mean, I just want to make sure you knew
 7   -- you were aware that there's a policy prohibiting
 8   sexual harassment and like then while you were there?
 9       A   Yes.
10       Q   Did you -- you never made a type of complaint
11   under the sexual harassment policy either about your
12   treatment or about anybody else's treatment?
13       A   No.
14       Q   Did you participate in any type of sales contest
15   in 2023?
16       A   Sales contest?
17       Q   If you remember.
18       A   No.  I mean, there was always a -- a contest to
19   see who brought in the biggest sales for their area,
20   but, no, it wasn't -- not that I remember a sales
21   contest.
22       Q   And really although -- you never made a
23   complaint to Stila about your treatment there or ---
24       A   No.  You mean a formal complaint where I called
25   HR and complained about anybody?
```

```
 1                  CERTIFICATE OF REPORTER

 2

 3   STATE OF FLORIDA

 4   COUNTY OF SEMINOLE

 5

 6        I, Susan Mullen, Court Stenographer, certify

 7   that I was authorized to and did stenographically

 8   report the deposition of ELIZABETH JENSEN; that a

 9   review of the transcript was requested; and that the

10   foregoing transcript, pages 4 through 101, is a true

11   and complete record of my stenographic notes.

12        I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am

16   I financially interested in the action.

17        DATED this 8th day of August, 2025.

18

19

20

21                    _____

22                    Susan Mullen, Court Stenographer

23

24

25
```