# Exhibit 15



March 24, 2022

Daniel Medina
275 N Lowena Dr
Long Beach, CA 90803



EXHIBIT 2
WIT: MEDINA
DATE: 5·27·25
Leesa Durrant, CSR No. 11899, RPR

Dear Daniel:

We are pleased to offer you the position of Sales & Artistry Executive (SAE) for Stila Styles, LLC (the "**Company**"). Your start date with the Company will be April 4, 2022, or such other date as is mutually agreed upon. As Sales & Artistry Executive (SAE), you will report directly to the West Regional Sales Executive.

Your duties and responsibilities will include, among other things: (i) managing day-to-day business with retailers (ii) managing freelancers who work in the territory (iii) conducting trainings in the market area (iv) having a presence in stores assigned within territory (vi) meeting sales goals (vii) drive, exceed performance, and sales goals while displaying prompt, courteous knowledgeable and professional customer service (viii) train and coach staff and beauty advisors on brand products to achieve company sales goals and objectives

You may be required to travel for business purposes for various periods of time. In those instances, you will be reimbursed for your reasonable and necessary business travel and lodging expenses subject to and in accordance with the Company's then current travel and expense reimbursement practices and/or policies. You understand and agree that your role as Sales & Artistry Executive (SEA) for the Company will command your full attention and that you may not engage in outside business activities, whether or not for profit, without the prior written consent of the Board.

Your starting annual salary will be $60,000 (less applicable withholdings and deductions), expressed in annual terms for convenience only and payable in accordance with the regular payroll practices of the Company from time to time. In addition to salary, you will become eligible for a discretionary target annual incentive bonus. The Board's determination of whether to pay a bonus, and the amount of any such bonus, will include, among other factors, consideration of the Company's performance against budgeted EBITDA and the Company's EBITDA performance improvement over the preceding year. Any such discretionary bonus would be determined on a pro rata basis commensurate with the portion of the year worked. You understand and agree that any such discretionary bonus involves no guarantee of a bonus or, if one is paid, of the amount. In order to be eligible to receive any such discretionary bonus, you must be an active employee in good standing with the Company at the time such bonus is paid.

You will be eligible to participate in the Company's health, welfare and benefit plans upon and subject to the terms and conditions of and so long as you meet the eligibility requirements for such plans. You will be entitled to up to ten (10) days of paid time off (inclusive of vacation, sick and personal time) per year (or a pro rata portion thereof) subject to and in accordance with the Company's applicable paid time off policies in effect from time to time; <u>provided</u>, <u>however</u>, that

Stila Styles LLC –Daniel Medina

subject to applicable law you may not carry over more than one week of unused vacation time into any subsequent year without the prior written consent of the Board (any additional unused vacation time would be forfeited at the end of the calendar year). You understand and agree that all benefits are subject to being enhanced, modified, replaced or discontinued at any time at the sole discretion of the Company, with or without notice, based upon the Company's then current policies and applicable law.

This letter is not intended to create an employment contract of any specific duration, but rather to briefly summarize the position being offered. Your employment with the Company is "at will," which means that you may leave at any time for any or no reason, and your employment may be terminated by the Company at any time with or without a reason or notice.

As a condition to your employment with the Company, you will be required to agree to and sign the attached Confidential Information & Invention Agreement (including certain non-solicitation terms) and a Consumer Credit Authorization form that permits the Company to conduct a background and credit check. You agree to comply with all lawful policies and procedures of the Company in effect from time to time. In addition, you agree to be bound by and comply with any confidentiality, non-solicitation and/or other restrictions or obligations contained in any agreement between the Company and any third party of which you have been advised or are otherwise aware.

You understand and agree that this offer of employment is contingent upon our completion of a satisfactory background and reference check and upon proof that you may lawfully be employed in this country. In accepting this offer of employment, you represent that you are not prohibited from accepting this offer by any agreement with a prior employer or other third party and that you will not bring with you or otherwise improperly disclose or use any confidential or trade secret information of any prior employer or other third party.

We are excited about you joining our team and look forward to working with you. If the foregoing is acceptable to you, please sign below as indicated.

Sincerely yours,

_____
Nicole Marr
Vice President, Field Sales


Acknowledged and Agreed:


_____
Sales & Artistry Executive

2