# Exhibit 16



EXHIBIT 6
WIT: MEDINA
DATE: 5.27.25
Leesa Durrant, CSR No. 11899, RPR

# stila styles, llc

| *Policy Against Harassment - CA* | Revision Date<br>**April 20, 2009** | Page<br>Page 1 of 2 |
| --- | --- | --- |

We do not tolerate unlawful harassment of any of our employees, customers, vendors, suppliers or independent contractors. Any form of harassment which violates federal, state or local law, including, but not limited to harassment related to an individual's race, color, national origin, ancestry, sex, religion, creed, age, mental or physical disability, veteran status, medical condition (including pregnancy, childbirth and related medical conditions), marital status, citizenship, sexual orientation, gender orientation, gender identification, genetic characteristics, is a violation of this policy and will be treated as a disciplinary matter. For these purposes the term "harassment" includes slurs and any other offensive remarks, jokes, other verbal, graphic, or physical conduct.

In addition to the above listed conduct, "sexual harassment" can also include the following examples of unacceptable behavior:

- Unwanted sexual advances.
- Offering an employment benefit (such as a raise or promotion or assistance with one's career) in exchange for sexual favors, or threatening an employment detriment (such as termination, demotion, or disciplinary action) for an employee's failure to engage in sexual activity.
- Visual conduct, such as leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons or posters.
- Verbal sexual advances, propositions or requests.
- Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, suggestive or obscene letters, notes or invitations.
- Physical conduct, such as touching, assault, impeding or blocking movements.

If you feel you are the victim of sexual harassment, you should follow the complaint procedure explained below. If you have any questions about what constitutes harassing behavior, ask your supervisor or another management official.

Violation of this policy will subject the employee to disciplinary action, up to and including termination of employment.

**Complaint Procedure**

If you feel that another employee has harassed you, you should immediately notify your supervisor or manager. **If you do not feel that the matter can be discussed with your supervisor, you should contact the Human Resources Department or another member of management to discuss your complaint.** The Company prohibits any form of retaliation against any employee for filing a bona fide complaint under this policy or for assisting in the investigation of a complaint. An employee who feels that they have been retaliated against for filing a complaint or for participating in an investigation may also make use of this complaint procedure.

The Human Resources Department or designee will confidentially and thoroughly investigate your complaint, as soon as possible to determine whether harassment has occurred. No

# stila styles, llc

| | Revision Date | Page |
|---|---|---|
| *Policy Against Harassment - CA* | **April 20, 2009** | Page 2 of 2 |

notation of your complaint will be included in your personnel file. All records and documentation will be kept separately, and the complaint will receive immediate attention. The people involved will be notified of the decision. Management will protect the employee who reported the complaint from retaliation. If a formal investigation finds that unlawful harassment has occurred, corrective disciplinary action, which may include termination of the offender, will be taken and which may become a part of the accused's personnel file. The degree and/or frequency of the offense will determine the severity of the discipline.

To protect victims and accused alike, all management personnel are charged with the responsibility of using the utmost discretion in investigating complaints. Likewise, employees who are involved in any aspect of the investigation must avoid discussing the case with any other person.

Employees who believe that they have been sexually harassed may also file a complaint with the local office of the California Department of Fair Employment & Housing (DFEH). The address and phone number of the local DFEH office can be found in the State Government section of your local phone directory.

In order to provide a harassment free workplace this policy must also extend to non-employees operating in the workplace, such as vendors, contractors, etc. Violations of the policy by non-employees will be referred to the Personnel Department and/or other appropriate management personnel for appropriate corrective action.

Employees, supervisors, and/or managers who become aware of any violation of this policy should immediately advise the Personnel Department of the company to ensure that such conduct does not continue.

The company will provide anti-harassment, including sexual harassment, training for its supervisory staff at least once every two years. We also will provide such training to all newly hired or promoted supervisors within six months of their promotion or hiring.

**I acknowledge that I have been given a copy of and understand the Policy Against Harassment. My signature acknowledges that I will comply with this policy at all times.**

Daniel Medina
_____
**Employee Name**

X_____
**Employee Signature**

04/12/2022
_____
Date

**STILA_000115**

Exhibit 16, Page 113



## Stila Policy against harassment.pdf

Document ID: 9755227a-baaa-11ec-a92f-9797ab1be9f7

**Requested:**
Apr 11, 2022, 9:50 AM PDT (Apr 11, 2022, 4:50 PM UTC)
Karen Tuey (ktuey@stilacosmetics.com)
IP: 75.50.61.170

**Signed:**
Apr 12, 2022, 2:50 PM PDT (Apr 12, 2022, 9:50 PM UTC)
Daniel Medina (dmedina@stilacosmetics.com)
█████████████████████████████████

**STILA_000116**

Exhibit 16, Page 114