# Exhibit 17

## ACKNOWLEDGEMENT AND AGREEMENT

I have received a copy of STILA's *Employee Handbook* ("Handbook") and reviewed it. Except as provided in the next paragraph, I further understand that the policies in this Handbook do not create any sort of contract for employment or represent contractual terms, either express or implied.

I agree that STILA may change, rescind or add to any policy or practice in this Handbook or add new policies from time to time in its sole discretion with or without prior notice or consideration. However, any change will be communicated only in writing approved by the CEO of STILA. I agree that my employment is "at will;" that is, either I or STILA may terminate the employment relationship at any time, for any reason, with or without cause and without prior notice, warning, counseling, corrective action or progressive discipline. Further, I agree that only the CEO of STILA has the authority to enter into an agreement (which must be in writing and signed by both the CEO and me) that contains any employment term that changes my at will status. I agree that STILA may, in its sole discretion, prospectively change my job duties, job title, work schedule, work location, compensation, benefits and/or other terms and conditions of my employment. I agree as well that the statements in this paragraph describe the complete agreement between STILA and me regarding the topics in this paragraph, and that this agreement supersedes and replaces all prior or contemporaneous agreements, comments, or representations on these topics.

I acknowledge that I have read and will adhere to this Handbook and that I will familiarize myself with the information it contains.

Daniel Medina
_____
Print Employee Name

X_____          04/12/2022
Employee Signature                Date



EXHIBIT 8
WIT: MEDINA
DATE: 5.27.25
Leesa Durrant, CSR No. 11899, RPR