# Exhibit 18

 

**COMPLIANCE TRAINING** GROUP™ | A Safer Workplace Through Education™

EXHIBIT 10
WIT: MEDINA
DATE: 5·27·25
Leesa Durrant, CSR No. 11899, RPR

# Training Certificate of Completion

This certificate certifies the undersigned has successfully completed 1-hour of online instruction and practical training on:

## California Workplace Sexual Harassment Awareness Training for Non-Supervisory Employees

I acknowledge that I have participated in the online instruction *Identifying, Preventing and Correcting Workplace Sexual Harassment*.

**Trainer:** **Compliance Training Group**

**Participant:**    Daniel Medina                **Date:**    06/09/2022

- I understand the reporting process for workplace sexual harassment.
- I understand my responsibilities as an employee to prevent workplace sexual harassment.
- I understand that it is my responsibility to read and comply with my employers' policy and the law.
- I further understand that I should consult with human resources if I have any questions regarding sexual harassment.

Compliance Training Group is a division of Employers Choice Online, Inc.
9845 Painter Ave. STE B, Whittier, California 90605 • 526.319.0411 Office • (800) 591-9741

© Copyright 2018 Compliance Training Group www.ComplianceTrainingGroup.com