# Exhibit 19

**Archived:** Wednesday, October 23, 2024 3:42:59 PM
**From:** Daniel Medina
**Mail received time:** Fri, 21 Jul 2023 16:40:20
**Sent:** Fri, 21 Jul 2023 16:40:17
**To:** Karen Tuey
**Subject:** Re: Retro pay
**Importance:** Normal
**Sensitivity:** None

---

Hi Karen,

Thank you for fixing this.

**DANIEL MEDINA**
Sales and Artistry Executive
Southern California
801 N Brand Blvd, Suite 500
Glendale, CA 91203
C:310.894.2602

STILACOSMETICS.COM

---

**From:** Karen Tuey <ktuey@stilacosmetics.com>
**Sent:** Friday, July 21, 2023 9:33:01 AM
**To:** Daniel Medina <dmedina@stilacosmetics.com>
**Subject:** RE: Retro pay

Hi Daniel,

Attached is the breakdown for your retro for payroll. I have processed an off cycle payroll. Shows your check will be deposited on Monday 7/24.

Please let me know if you have any questions or need to jump on call for clarity.

Thank you

**KAREN TUEY**

Controller

801 N Brand Blvd, Suite 910

Glendale, CA 91203

O: 818.459.8032| C: 323.397.3828

STILACOSMETICS.COM


EXHIBIT 15
WIT: MEDINA
DATE: 5.27.25
Leesa Durrant, CSR No. 11899, RPR

STILA_000209

Exhibit 19, Page 120

## stila

**From:** Daniel Medina <dmedina@stilacosmetics.com>
**Sent:** Thursday, July 20, 2023 4:57 PM
**To:** Karen Tuey <ktuey@stilacosmetics.com>
**Subject:** Retro pay

Hi Karen,

Can I request the back pay to be sent asap before the end of the month.

Let me know if that's an option.

Thank you

**DANIEL MEDINA**
Sales and Artistry Executive
Southern California
801 N Brand Blvd, Suite 500
Glendale, CA 91203
C:310.894.2602
STILACOSMETICS.COM

signature_553331938

STILA_000210

Exhibit 19, Page 121