# Exhibit 20

**Exhibit A**

| | |
|---|---|
| Date: | Tuesday, November 14, 2023 at 11:17:47 AM Pacific Standard Time |
| From: | Charles Miller <CMiller@stilacosmetics.com> |
| To: | Daniel Medina <dmedina@stilacosmetics.com> |
| CC: | Nicole Marr <nmarr@stilacosmetics.com> |
| Attachments: | image003.png, image004.png, image005.png |

Thank you Daniel

**CHARLES MILLER**
Regional Director; Sales and Artistry

801 N Brand Blvd, Suite 910
Glendale, CA 91203
C: 512.983.3051
STILACOSMETICS.COM

stila

---

**From:** Daniel Medina <dmedina@stilacosmetics.com>
**Sent:** Tuesday, November 14, 2023 12:24 PM
**To:** Hendrika McManus <HMcManus@stilacosmetics.com>; Nicole Marr <nmarr@stilacosmetics.com>; Stila Field Reps <StilaFieldReps@stilacosmetics.com>
**Subject:** Re: Vendor Log

Thank you Nicole I will share today on the team call.

 Daniel Medina
Sales and artistry executive

801 N brand Blvd. suite 500
Glendale CA 91203
Southern California
PH. 310 894 2602
Dmedina@stilacosmetics.com

stila

---

**From:** Hendrika McManus <HMcManus@stilacosmetics.com>
**Date:** Tuesday, November 14, 2023 at 9:56 AM
**To:** Nicole Marr <nmarr@stilacosmetics.com>, Stila Field Reps <StilaFieldReps@stilacosmetics.com>
**Subject:** Re: Vendor Log

Thank you! I will be sure I am always logged in as well as my team. Thank you so much!

--
**HENDRIKA MCMANUS**
Sales and Artistry Executive
Austin/San Antonio

801 N Brand Blvd, Suite 910
Glendale, CA 91203
C: 571.228.6267
STILACOSMETICS.COM

stila

---

**From:** Nicole Marr <nmarr@stilacosmetics.com>
**Date:** Monday, November 13, 2023 at 6:07 PM
**To:** Stila Field Reps <StilaFieldReps@stilacosmetics.com>
**Subject:** Vendor Log

Hi team,

It has come to my attention that not all Account Executives and Education Artists are signing into the Vendor Log. I have brought this up in the past that this is **non-negotiable** for all Stila employees. It has always been my directive that if there is no vendor log the AE/Education Artists is to share at time of arrival in store that no Vendor Log is available.

Going forward failure to do so may result in disciplinary action.