# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEDINA, an individual, | CASE NO. 2:24-cv-06340-FLA-RAO |
| Plaintiff, | **[PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| STILA STYLES, LLC, a Delaware limited liability company; MARIANO TESTA, an individual; and Does 1-25, inclusive, | **[Dkt. No. 40]** |
| Defendants. | |

On August 15, 2025, Defendant STILA STYLES, LLC, filed a Motion for Summary Judgment, or Alternatively, Partial Summary Judgment.

The Court having considered Defendant's Motion, all papers submitted in support of the Motion and in opposition thereto, the oral arguments of the parties, and the entire record in this action, and finding good cause therefor, hereby GRANTS Defendant's Motion as to the following issues(s) and ORDERS as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

# FIRST CAUSE OF ACTION: HARASSMENT BASED ON SEX AND/OR GENDER

1. Summary adjudication is proper on the first cause of action for sexual harassment because Plaintiff cannot establish severe or pervasive conduct that rises to the level of actionable harassment.

**GRANTED: _____    DENIED:_____**

# SECOND CAUSE OF ACTION: DISCRIMINATION BASED ON SEX AND/OR GENDER

2. Summary adjudication is proper on the second cause of action for sex and/or gender based discrimination because Plaintiff cannot establish a *prima facie* case of sex and/or gender based discrimination;

3. Summary adjudication is proper on the second cause of action for sex and/or gender-based discrimination because Defendant Stila Styles, LLC ("Stila") had a legitimate non-discriminatory reason for Plaintiff's termination from employment, and there is no evidence that the legitimate reason was false or pretextual.

**GRANTED: _____    DENIED:_____**

# THIRD CAUSE OF ACTION: LABOR CODE § 1102.5 WHISTLEBLOWER RETALIATION

4. Summary adjudication is proper on the third cause of action for retaliation because there was a legitimate, non-retaliatory reason for Plaintiff's termination from employment.

**GRANTED: _____    DENIED:_____**

# FOURTH CAUSE OF ACTION: FAILURE TO PREVENT DISCRIMINATION OR HARASSMENT

5. Summary adjudication is proper on the fourth cause of action for failure to prevent discrimination because Plaintiff cannot establish that any unlawful discrimination occurred.

6. Summary adjudication is proper on the fourth cause of action for failure to prevent harassment, because Plaintiff cannot establish that any unlawful harassment occurred.

**GRANTED: _____**   **DENIED:_____**

# FIFTH CAUSE OF ACTION: WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

7. Summary adjudication is proper on the fifth cause of action for wrongful termination in violation of public policy because Plaintiff's claims for harassment because of sex and/or gender, sex and/or gender based discrimination, and Labor Code § 1102.5 whistleblower retaliation upon which this claim is based are not actionable, so he has failed to establish a public policy that Defendant violated.

**GRANTED: _____**   **DENIED:_____**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## SIXTH CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

8. Summary adjudication is proper on the sixth cause of action for intentional infliction of emotional distress because Plaintiff cannot show that Defendant engaged in extreme and outrageous conduct with the intention of causing, or reckless disregard for the probability of causing, emotional distress.

**GRANTED: _____    DENIED:_____**

Plaintiff Daniel Medina's Complaint against Defendant shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Fernando L. Aenlle-Rocha
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067.

On August 15, 2025, I served true copies of the following document(s) described as **PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Ranojoy Guha<br>EMPLOYEE CIVIL RIGHTS GROUP<br>3415 S. Sepulveda Boulevard, Suite 1100<br>Los Angeles, CA 90034<br>(310) 598-1524<br>raj@employeecivilrightsgroup.com<br>raj@guhalaw.com<br>alexa@employeecivilrightsgroup.com | Attorneys for Plaintiff DANIEL MEDINA |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2025, at Los Angeles, California.

*/s/ Catherine C. Mamayson*
Catherine C. Mamayson

8219881

PROOF OF SERVICE