1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL MEDINA, an individual, | CASE NO. 2:24-cv-06340-FLA-RAO |
| Plaintiff, | **[PROPOSED] JUDGMENT**<br>**[Dkt. No. 40]** |
| v. | |
| STILA STYLES, LLC, a Delaware limited liability company; MARIANO TESTA, an individual; and Does 1-25, inclusive, | |
| Defendants. | |

On August 15, 2025, Defendant STILA STYLES, LLC, filed a Motion for Summary Judgment, or Alternatively, Partial Summary Judgment.

The Court, having considered Defendant STILA STYLES, LLC's Motion for Summary Judgment, all papers submitted in support of the Motion and in opposition thereto, the oral arguments of the parties, and the entire record in this action, and the matter having been duly heard, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Defendant's Motion for Summary Judgment is GRANTED in its entirety;

2. Plaintiff shall take nothing by his Complaint; and

8229612

1       3.  Judgment on Plaintiff's Complaint shall be entered in favor of Defendant

2         and against Plaintiff.

3

4    **IT IS SO ORDERED**.

5

6    DATED: _____

7

8    _____

9    Honorable Fernando L. Aenlle-Rocha
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8229612

[PROPOSED] JUDGMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067.

On August 15, 2025, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT [Dkt. No. 40]** on the interested parties in this action as follows:

Ranojoy Guha                                   Attorneys for Plaintiff DANIEL
EMPLOYEE CIVIL RIGHTS GROUP        MEDINA
3415 S. Sepulveda Boulevard, Suite 1100
Los Angeles, CA 90034
(310) 598-1524
raj@employeecivilrightsgroup.com
raj@guhalaw.com
alexa@employeecivilrightsgroup.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2025, at Los Angeles, California.


                                        /s/ Catherine C. Mamayson
                                        Catherine C. Mamayson

8229612

PROOF OF SERVICE